**FILED**

NOV 0 7 2014


CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____W_____, DEPUTY

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Universitas Education, LLC
   *Plaintiff*
   V.
Nova Group Inc.
   *Defendant*

Civil Action No. 11 Civ. 1590   14-FJ-5-HE

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on (date) 08/12/2014

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and appeals have been filed and are still pending. Clerk's certification is issued as per judge's order dated 11/5/2014, Doc #493.

Date: 11/05/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

NY1307510.1
214560-10001