IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. 14-FJ-05-HE |
| NOVA GROUP, INC. | ) ) ) ) |
| Defendant. | ) |

## WRIT OF GENERAL EXECUTION

The United States District Court for the Western District of Oklahoma, To the United States Marshal for the Western District of Oklahoma, Greetings:

WHEREAS, the 12th day of August, 2014, Universitas Education, LLC. ("Universitas"), obtained a judgment against Daniel E. Carpenter, in the amount of $30,600,000.00; against Grist Mill Capital, LLC in the amount of $30,600,000.00; against Grist Mill Holdings, LLC, in the amount of $21,000,000.00; against Carpenter Financial Group, in the amount of $11,140,000.00; against Avon Capital, LLC, in the amount of $6,710,065.92; against Phoenix Capital Management, LLC, in the amount of $5,000,000.00; against Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets, in the amount of $4,487,007.81; and against Hanover Trust Company, in the amount of $1,200,000.00, with liability under the judgment being joint and several. (Collectively, the aforementioned parties against which judgment was obtained are hereinafter referred to as the "Judgment Debtors"), in Civil Action Nos. 11 Civ. 1590 and 11 Civ. 8726 in the

United States District Court of for the Southern District of New York, styled *Universitas Education, LLC v. Nova Group, Inc. at al.* with the total amount of the judgment being $110,737,073.73 plus post-judgment interest accruing from and after August 12, 2014. The judgment was thereafter registered and filed with United States District Court for the Western District of Oklahoma, on November 7, 2014, in case 14-FJ-5-HE styled *Universitas Education, LLC v. Nova Group, Inc.*

WHEREAS, there has been no money paid to Universitas and the total amount of the judgment owed jointly and severally by Judgment Debtors is $110,737,073.73, plus post-judgment interest accruing from and after August 12, 2014, until paid.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED that of the goods and chattels of the said Judgment Debtors, including but not limited to the goods and/or chattels hereinafter described on Exhibit "A" hereto, you cause to be made the money above-specified and any costs of execution incurred or which will be incurred; and for want of goods and chattels you cause to be made on the lands and tenements of said Judgment Debtors said sum of money; and make return of this execution, showing how you executed the same, within sixty (60) days from the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said court, at my office in the Western District of Oklahoma, Oklahoma County, Oklahoma, this 3rd day of December, 2015.

        CARMELITA REEDER SHINN
        Clerk of the United States District Court
        for the Western District of Oklahoma


        By:_____/s/ Susan McKey_____
                    DEPUTY


Received at ____:____ __. M. this ____ day of _____, 2015.

        _____
        United Stated Marshal for the
        Western District of Oklahoma

## EXHIBIT "A"

All right, title, or interest in any and all assets of any kind whatsoever of: (a) Avon Capital, LLC, or any of its parents, subsidiaries and/or affiliates, whether direct or indirect, or any of Avon Capital, LLC's former, present and future officers, directors, employees, insurers, reinsurers, agents, assigns, representatives, predecessors, successors, legal representatives, or any other persons acting for or on behalf of Avon Capital, LLC, either directly or indirectly, either in whole or in part; or (b) any of the named Judgment Debtors, including any of the Judgment Debtors' parents, subsidiaries and/or affiliates, whether direct or indirect, or any of the Judgment Debtors' former, present and future officers, directors, employees, insurers, reinsurers, agents, assigns, representatives, predecessors, successors, legal representatives, or any other persons acting for or on behalf of the Judgment Debtors, either directly or indirectly, either in whole or in part, in your possession and/or control, including, without limitation:

> A) All ownership interest of Avon Capital, LLC or any of the named Judgment Debtors in SDM Holdings and/or Asset Servicing Group, LLC;
>
> and
>
> B) All right, title, interest of Avon Capital, LLC, or any of the named Judgment Debtors, as shareholder, owner, member, manager, or otherwise of SDM Holdings, LLC in connection with certain insurance policies, which may be administered, managed, controlled, or serviced by Asset Servicing Group, LLC.