IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 14-FJ-05-HE |
| NOVA GROUP, INC., | ) ) | |
| Respondent. | ) | |

### AMENDED ORDER FOR AVON CAPTIAL, LLC AND SDM HOLDINGS, LLC TO APPEAR AND TO SHOW CAUSE

Pending before the court is Petitioner Universitas Education LLC's (Petitioner) Motion for Contempt and to Compel Judgement Debtor, Avon Capital, LLC and SDM Holdings, LLC to Comply with the Court's Order and Related Amended Subpoena. Doc. 40 (Motion for Contempt). On November 12, 2015, Petitioner filed a Motion for Order Requiring Judgment Debtor to Appear and Answer Concerning Property and Assets and for Injunction Forbidding Transfer or Other Disposition of Property. Doc. 6. Chief District Court Judge Joe Heaton referred all post-judgment collection matters to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(3). Doc. 8. On December 3, 2015, the undersigned granted Petitioner's motion. Doc. 14. That hearing was rescheduled for March 24, 2016.

Avon Capital, LLC did not appear at the March 24, 2016 Judgment Debtor Examination. At the hearing, counsel for Petitioner advised that the record contained affidavits of service giving notice of the hearing and its revised date as to Avon Capital, LLC.

The undersigned orders Judgment Debtor Avon Capital, LLC to appear before United Magistrate Suzanne Mitchell, at the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma, Courtroom #102 at 10 a.m. on the 18th day of April, 2016, to show cause why it failed to comply with the Court's order in this matter. *See* Doc. 14.

The undersigned also orders SDM Holdings, LLC to appear at the same hearing to show cause as to why it failed to comply with the amended subpoena in this matter. *See* Doc. 40, Ex. 1.

At this hearing, the undersigned will give Judgment Debtor and SDM Holdings, LLC each an opportunity to explain each's conduct prior to the matter being certified to the district court. If those explanations are satisfactory, the undersigned may choose not to certify the matter[s] for further proceedings. Should the undersigned not be satisfied with Judgment Debtor's and SDM Holdings, LLC's explanations, the undersigned may adjudicate the matter[s] via § 636(e)'s certification process. *Bowens v. Atl. Maintenance Corp.,* 546 F. Supp. 2d 55, 71 (E.D.N.Y. 2008) (In connection with certifying the facts to the district judge, "the magistrate judge may

conduct a hearing, but the magistrate judge functions only to certify the facts and not to issue any order of contempt." (internal quotation and citations omitted)).

IT IS SO ORDERED this 7th day of April, 2016.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE