Commercial Recording Division

# Business Inquiry

## Business Details

| | |
| --- | --- |
| Business Name: | **AVON CAPITAL, LLC** |
| Business ID: | **0879747** |
| Business Address: | **100 GRIST MILL ROAD, SIMSBURY, CT, 06070** |
| Mailing Address: | **NONE** |
| Date Inc/Registration: | **Nov 21, 2006** |
| Citizenship/State Inc: | **Domestic/CT** |
| Last Report Filed Year: | **NONE** |
| Business Type: | **Domestic Limited Liability Company** |
| Business Status: | **Active** |

## Principals Details

| Name/Title | Business Address | Residence Address |
| --- | --- | --- |
| WAYNE H. BURSEY   MANAGER | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 |

## Agent Summary

| | |
| --- | --- |
| Agent Name | **HALLORAN & SAGE LLP** |
| Agent Business Address | **ONE GOODWIN SQUARE, 225 ASYLUM STREET, HARTFORD, CT, 06103** |
| Agent Residence Address | **NONE** |

**EXHIBIT 2**