IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>Petitioner/Judgment Creditor,<br><br>v.<br><br>NOVA GROUP, INC.,<br><br>and<br><br>AVON CAPITAL, LLC, a Connecticut limited liability company,<br><br>Respondents/Judgment Debtors. | Case No. 14-FJ-5-HE |

## DECLARATION OF DONALD TRUDEAU

I, Donald Trudeau, declare and state as follows in support of Avon Capital, LLC a Wyoming limited liability company's ("Avon Capital-WY") motion to intervene in the above captioned matter:

1. I am a member of Avon Capital-WY, over the age of eighteen, and competent to testify to the matters in this declaration.

2. The statements in this declaration are true and correct based on my own personal knowledge, including a review of the records kept by Avon Capital-WY in the regular course of business.

3. Avon Capital-WY's Tax Identification Number is [REDACTED]1285.

4. Avon Capital-WY is not the same business entity as Avon Capital, LLC, a Connecticut limited liability company.

EXHIBIT 3

5. Avon Capital-WY is also not the same business entity as Avon Capital, LLC, a Nevada limited liability company.

6. Avon Capital-WY maintains bank accounts and bookkeeping records that are separate from those of its members.

7. Avon Capital-WY owns 100% of the membership interests in SDM Holdings, LLC. Attached as Exhibit 1 is a true and correct copy of the December 30, 2009 assignments of SDM Holdings, LLC's membership interests to Avon Capital-WY.

8. Prior to the entry of judgment on August 15, 2014, Avon Capital-WY was not served with summons or other process at any time in connection with the lawsuits styled *Universitas Education, LLC v. Nova Group, Inc.*, United States District Court for the Southern District of New York case numbers 1:11-cv-1590 and 1:11-cv-8726.

9. Attached as Exhibit 2 is a true and correct copy of a Restraining Notice dated March 17, 2016 served by Universitas Education, LLC in connection with the lawsuits styled *Universitas Education, LLC v. Nova Group, Inc.*, United States District Court for the Southern District of New York case numbers 1:11-cv-1590 and 1:11-cv-8726.

10. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on April 15th, 2016.

_____
Donald Trudeau