## STATE OF WYOMING ∗ SECRETARY OF STATE
## ED MURRAY
## BUSINESS DIVISION

2020 Carey Ave., Ste. 700, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **AVON CAPITAL, LLC** | | |
| **Filing ID** | **2007-000538125** | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 05/18/2007 2:00 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 07/09/2014 |

### Principal Address

300 1st Stamford Pl Ste 201
Stamford, CT 06902

### Mailing Address

100 Grist Mill Road
Simsbury, CT 06070

### Registered Agent Address

Incorp Services, Inc.
1621 Central Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Manager | Caroline Financial Group, Inc. |

### Notes

| Date | Recorded By | Note |
|---|---|---|

EXHIBIT 4

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **AVON CAPITAL, LLC** |
| **Filing ID** | **2007-000538125** |
| Type | Limited Liability Company |
| Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2013 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 01636720 |
| AR Date | 12/3/2012 3:26 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

### Principal Address
300 1st Stamford Pl Ste 201
Stamford, CT 06902

### Mailing Address
100 Grist Mill Road
Simsbury, CT 06070

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00943415 | Original | 11/26/2008 | 2008 | $50.00 |
| 01012991 | Original | 05/14/2009 | 2009 | $50.00 |
| 01243207 | Original | 11/22/2010 | 2010 | $50.00 |
| 01436363 | Original | 11/28/2011 | 2011 | $50.00 |

    Principal Address 1 Changed  From: 100 Grist Mill Ln  To: 300 1st Stamford Pl Ste 201
    Principal City Changed  From: Simsbury  To: Stamford
    Principal Postal Code Changed  From: 06070  To: 06902

| | | | | |
|---|---|---|---|---|
| 01562684 | Original | 06/27/2012 | 2012 | $50.00 |
| 01636720 | Original | 12/03/2012 | 2013 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2014-001634683 | Dissolution / Revocation - Tax | 07/09/2014 |

    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
    Inactive Date Changed  From: No Value  To: 07/09/2014

| | | |
|---|---|---|
| 2014-001610497 | Delinquency Notice - Tax | 05/02/2014 |
| 2012-001332437 | Delinquency Notice - Tax | 05/02/2012 |
| 2011-001278511 | Reinstatement - Tax | 11/28/2011 |

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **AVON CAPITAL, LLC** | | |
| Filing ID | 2007-000538125 | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

    Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active
    Inactive Date Changed  From: 07/10/2011  To: No value
2011-001268109   RA Address Change                                                              11/01/2011
    Registered Agent # Changed  From: 0126265  To: 0188376
    Registered Agent Physical Address 1 Changed  From: 2510 Warren Ave  To: 1621 Central Ave
2011-001230761   Administrative Dissolution (Tax)                                           07/10/2011
    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
2011-000974239   Delinquency Notice - Tax                                                     05/02/2011
2010-000907596   RA Name/Address Change                                                11/22/2010
    Registered Agent # Changed  From: No Value  To: 0126265
    Registered Agent Organization Name Changed  From: No Agent  To: Incorp Services, Inc.
    Registered Agent Physical Address 1 Changed  From: No Office  To: 2510 Warren Ave
    Registered Agent Physical City Changed  From: No Value  To: Cheyenne
    Registered Agent Physical Postal Code Changed  From: No Value  To: 82001
2010-000907594   Reinstatement - RA                                                              11/22/2010
    Filing Status Changed  From: Inactive - Administratively Dissolved (No Agent)  To: Active
    Inactive Date Changed  From: 06/17/2009  To: No value
2009-000767835   Administrative Dissolution (No Agent)                                06/17/2009
    Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (No Agent)
2009-000753369   Delinquency Notice - Tax                                                     05/02/2009
2009-000748482   RA Resignation                                                                    04/09/2009
    Registered Agent # Changed  From: 0173386  To: No Value
    Registered Agent Organization Name Changed  From: Corporation Service Company  To: No Agent
    Registered Agent Physical Address 1 Changed  From: 1821 Logan Ave  To: No Office
    Registered Agent Physical City Changed  From: Cheyenne  To: No Value
    Registered Agent Physical Postal Code Changed  From: 82001  To: No Value
2008-000671490   Delinquency Notice - Tax                                                     05/02/2008
See Filing ID          Initial Filing                                                                        05/18/2007