## Checking Deposit

**TD Bank**

DATE: Nov 11, 2009
NAME: Dion Capital
ACCT. #: REDACTED 4689

Routing: 52140 10 20

TD Bank, N.A.

### Record of Checks for Deposit
$6,710,065.92

$ 6,710,065.92

Account: REDACTED 4689
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030751
ReturnReasonCode:
ReturnReasonDescription:

REDACTED...4689 >> REDACTED...4523...
...11/12/09 4
Commercial Deposit RDEASY 4 4523 507
Simsbury

Account: REDACTED 4689
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030751
ReturnReasonCode:
ReturnReasonDescription:

## Checking Withdrawal

**TD Bank**

DATE: Nov 11, 2009
NAME: Gristmill Capital DE
Six million seven hundred ten thousand sixty five dollars
[signature] Daniel E. Carpenter
ACCT. #: REDACTED 4712

Routing: 51140 1064  500

TD Bank, N.A.

$ 6,710,065.92

Account: REDACTED 4712
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030752
ReturnReasonCode:
ReturnReasonDescription:

REDACTED...4712 >> REDACTED...4523...
...11/12/09 4
DDA Withdrawal RDEASY 4 4523 507
Simsbury

Account: REDACTED 4712
Amount: 6,710,065.92
PostDate: 20091112
Tran_ID: 401030751
CheckNum: 0
DIN: 401030752
ReturnReasonCode:
ReturnReasonDescription:

TD-UNIVERSITAS-0835

Page - 4

**EXHIBIT 7**