# Rupe, Alan

| | |
|---|---|
| **From:** | Rupe, Alan |
| **Sent:** | Wednesday, January 20, 2016 3:29 PM |
| **To:** | 'lysbeth.george@crowedunlevy.com' |
| **Cc:** | 'judy.morse@crowedunlevy.com'; 'pcolbath@loeb.com'; 'mrmcvay@phillipsmurrah.com'; 'cdketter@phillipsmurrah.com'; Probasco, Angela |
| **Subject:** | Universitas Education, LLC v. Nova Group, Inc., W.D. Okla. No. 14-FJ-5 |
| **Attachments:** | Letter Rupe to George; 1-20-16; Execution of Judgment Against Avon Capital CT.pdf |

Ms. George, please see attached. Thanks. alan



**Alan L. Rupe**
Wichita and Kansas City Managing Partner | Vice Chair
Employment and Labor Practice
Alan.Rupe@lewisbrisbois.com

1605 North Waterfront Parkway, Suite 150     435 Nichols Road, Suite 200
Wichita, KS 67206                             Kansas City, MO 64112

T: 316.609.7901  F: 316.462.5746  C: 316.304.8573    T: 816.299.4244  F: 816.299.4245  C: 316.304.8573



Representing clients from coast to coast. View our nationwide locations.

**EXHIBIT 9-1**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316.609.7900
Fax: 316.462.5746

ALAN L. RUPE
DIRECT DIAL: 316.609.7901
ALAN.RUPE@LEWISBRISBOIS.COM

January 20, 2016

**VIA E-MAIL**

Lysbeth George
CROWE AND DUNLEVY
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
lysbeth.george@crowedunlevy.com

  Re: *Universitas Education, LLC v. Nova Group, Inc.*, W.D. Okla. No. 14-FJ-5

Dear Ms. George:

  I am writing in response to your letter dated December 15, 2015 enclosing copies of a number of documents filed or served in the above referenced case ("Oklahoma Action"),[1] which involves the enforcement of an August 12, 2014 judgment entered in favor of Universitas Education, LLC ("Universitas") against several parties including "Avon Capital, LLC" in the United States District Court for the Southern District of New York, Case No. 1:11-cv-1590 ("New York Action"). Although the December 15, 2015 letter is addressed to me, the header on page 2 of the letter identifies "Avon Capital, LLC" as the recipient.

  Please be advised that this firm does not represent the judgment debtor in the Oklahoma Action and New York Action–"Avon Capital, LLC," a Connecticut limited liability

---

[1] (1) Clerk's Certification of a Judgment to be Registered in Another District (Docs. 1, 1-1, and 1-2); (2) Motion for Order Requiring Judgment Debtor to Appear and Answer Concerning Property and Assets and for Injunction Forbidding Transfer or Other Disposition of Property (Doc. 6); (3) Order for Avon Capital, LLC to Appear and Answer as to Assets and Injunction Forbidding Transfer or Other Disposition of Property (Doc. 14); (4) Amended Order resetting Hearing on Assets for January 27, 2016 (Doc. 15); (5) Subpoena to Asset Servicing Group, LLC to Appear at Hearing on Assets; (6) Writ of General Execution relating to Asset Servicing Group, LLC (Docs. 11-12); (7) Subpoena to SDM Holdings, LLC to Appear at Hearing on Assets; and (8) Writ of General Execution relating to SDM Holdings, LLC (Docs. 10 and 13).

ALBUQUERQUE • ATLANTA • BOSTON • CHARLESTON • CHICAGO • CLEVELAND • DALLAS • DENVER • FORT LAUDERDALE • FT. WRIGHT • HOUSTON • INDIAN WELLS
LAFAYETTE • LAWRENCEBURG • LAS VEGAS • LOS ANGELES • MADISON COUNTY • NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHILADELPHIA • PHOENIX
PITTSBURGH • PORTLAND • PROVIDENCE • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON • WEIRTON • WICHITA
4847-8216-2220.1

Lysbeth George
January 20, 2016
Page 2

company with an address of 100 Grist Mill Road, Simsbury, CT 06070 ("Avon Capital-CT").[2]

Nor does this firm represent the accountholder for TD Bank, N.A. Account No. 4242774689—"Avon Capital LLC," a Nevada limited liability company with an address of 100 Grist Mill Road, Simsbury, CT 06070 ("Avon Capital-NV"), which received the $6,710,065.92 in funds that are the subject of the August 12, 2014 judgment entered in the New York Action.[3]

This firm is not authorized to and does not accept service of any documents on behalf of Avon Capital-CT or Avon Capital-NV.  Please refrain from sending any documents directed or addressed to Avon Capital-CT or Avon Capital-NV to me or anyone else at this firm.

That said, however, this firm does represent Avon Capital LLC, a Wyoming limited liability company with a business address of 300 1st Stamford Pl Ste 201, Stamford, CT 06902 ("Avon Capital-WY"), in connection with issues related to the Oklahoma Action.  Despite the fact Avon Capital-WY was not a party to the New York Action and is a completely separate entity from the judgment creditor, Universitas served Avon Capital-WY's registered agent in Wyoming, Incorp Services, Inc., 1621 Central Ave., Cheyenne, WY 82001, with copies of documents in the Oklahoma Action.

These documents included a copy of the December 3, 2015 order directing the judgment debtor Avon Capital-CT to appear for a debtor's exam and bring an eight-page list of documents.  Because Avon Capital-WY is not the judgment debtor and has not otherwise been properly served as a garnishee or in some other capacity in the Oklahoma Action, Avon Capital-WY will not be appearing for the debtor's exam or producing any documents in the eight-page list attached to the December 3, 2015 order.

For the same reasons, Avon Capital-WY objects to any continued or future efforts by Universitas to execute and satisfy the judgment it obtained against Avon Capital-CT on the assets of Avon Capital-WY.

---

[2]That the judgment debtor is Avon Capital-CT is evidenced by documents filed in the New York Action. *See, e.g.,* S.D.N.Y. No. 1:11-cv-1590, Doc. 118-1, page 9 (referring to Avon Capital LLC as a Connecticut corporation).

[3]The evidence submitted by Universitas in the New York Action in support of its judgment against Avon Capital-CT consists of a November 11, 2009 deposit into a TD Bank, N.A. account opened by Avon Capital-NV. *See* S.D.N.Y. No. 1:11-cv-1590, Doc. 216-4, pages 21 and 23-27 (TD Bank, N.A. documents identifying Avon Capital-NV as the accountholder).

Lysbeth George
January 20, 2016
Page 3

      Please direct any future correspondence to Avon Capital-WY related to the Oklahoma Action or any other issues discussed in this letter to me.

                                    Very truly yours,

                                    Alan L. Rupe of
                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Judy Hamilton Morse (via email judy.morse@crowedunlevy.com)
        Paula K. Colbath (via email pcolbath@loeb.com)
        Melvin McVay (via email mrmcvay@phillipsmurrah.com)
        Clayton Ketter (via email cdketter@phillipsmurrah.com)