IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNIVERSITAS EDUCATION, LLC,

     Petitioner/Judgment Creditor,

v.

NOVA GROUP, INC.,

and

AVON CAPITAL, LLC, a Connecticut
limited liability company,

     Respondents/Judgment Debtors.

Case No. 14-FJ-5-HE

## AVON CAPITAL, LLC, A WYOMING LIMITED LIABILITY COMPANY'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Pursuant to LCvR7.1.1, notice is hereby given by counsel of record for Avon Capital,

LLC, a Wyoming limited liability company ("Avon Capital-WY") of the following:

1.     Donald Trudeau and Caroline Financial Group, Inc. are the members of Avon

Capital-WY.

Dated this 15th day of April, 2016.

     By: **/s/ Alan L. Rupe**
        Alan L. Rupe, OBA No. 20440
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        1605 N. Waterfront Parkway, Suite 150
        Wichita, Kansas 67206
        Telephone: 316-609-7900
        Facsimile: 316-462-5746
        alan.rupe@lewisbrisbois.com

        *Attorney for Avon Capital, LLC, a Wyoming
        limited liability company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2016, I electronically transmitted attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Judy H. Morse
Lysbeth L. George
CROWE & DUNLEVY
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 272-5242
judy.morse@crowedunlevy.com
lysbeth.george@crowedunlevy.com

and

Paula K. Colbath
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
pcolbath@loeb.com
*Attorneys for Universitas Education, LLC*

Clayton D. Ketter
Melvin R. McVay, Jr.
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
mrmcvay@phillipsmurrah.com
cdketter@phillpsmurrah.com
*Attorneys for Garnishee Asset Servicing Group, LLC*

**/s/ Alan L. Rupe**
Alan L. Rupe, 20440