IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNIVERSITAS EDUCATION, LLC,

    Petitioner/Judgment Creditor,

v.

NOVA GROUP, INC.,

and

AVON CAPITAL, LLC, a Connecticut limited liability company,

    Respondents/Judgment Debtors.

Case No. 14-FJ-5-HE

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR83.5 and 5 O.S. Ch. 1. App. 3-A, Rule 1.16(b)(1), attorney Angela Probasco, one of the attorneys who is counsel of record for Defendant Avon Capital, LLC, a Wyoming limited liability company ("Avon Capital-WY"), hereby moves the Court for an order granting her leave to withdraw as counsel.  In support of this motion, Ms. Probasco states as follows:

    1.    Pursuant to 5 O.S. Rule 1.16(b)(1), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

    2.    Ms. Probasco has accepted a position with another firm and will no longer be an attorney with Lewis Brisbois Bisgaard & Smith LLP.

1

3. Attorneys Alan L. Rupe of Lewis Brisbois Bisgaard & Smith LLP and Gerald P. Green of Pierce Couch Hendrickson Baysinger & Green have entered their appearances on behalf of Avon Capital-WY, have been actively participating in this case, and will continue to represent Avon Capital-WY. Accordingly, Avon Capital-WY will not be prejudiced by Ms. Probasco's withdrawal.

4. In accordance with LCvR83.5, Avon Capital-WY has been given notice of Ms. Probasco's withdrawal and has no objection.

### Relief Requested

WHEREFORE, undersigned counsel Angela Probasco respectfully requests the Court enter an order granting her leave to withdraw as counsel of record for Avon Capital-WY.

Dated this 18th day of October, 2017.

Respectfully submitted,

By:   s/ Angela Probasco
Angela Probasco, *pro hac vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
(816) 299-4244
angela.probasco@lewisbrisbois.com

*Attorney for Intervenor Avon Capital, LLC, a Wyoming limited liability company*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2017 I electronically transmitted the attached document to the Court Clerk using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants:

Judy H. Morse  
Lysbeth L. George  
CROWE & DUNLEVY  
Braniff Building  
324 N. Robinson Avenue, Suite 100  
Oklahoma City, OK 73102  
judy.morse@crowedunlevy.com  
lysbeth.george@crowedunlevy.com  

Paula K. Colbath  
LOEB & LOEB LLP  
345 Park Avenue  
New York, NY 10154  
pcolbath@loeb.com  

*Attorneys for Universitas Education, LLC*

Clayton D. Ketter  
Melvin R. McVay, Jr.  
PHILLIPS MURRAH P.C.  
Corporate Tower, Thirteenth Floor  
101 North Robinson Avenue  
Oklahoma City, OK 73102  
mrmcvay@phillipsmurrah.com  
cdketter@phillpsmurrah.com  

*Attorneys for Garnishee Asset Servicing Group, LLC*

Alan L. Rupe  
LEWIS BRISBOIS BISGAARD  
  & SMITH LLP  
1605 N. Waterfront Pkwy, Suite 150  
Wichita, KS 67206  
alan.rupe@lewisbrisbois.com  

Gerald P. Green  
PIERCE COUCH HENDRICKSON  
  BAYSINGER & GREEN  
P.O. Box 26350  
Oklahoma City, OK 73126  
jgreen@piercecouch.com  

*Attorneys for Intervenor Avon Capital, LLC, a Wyoming limited liability company*

                                              **s/ Angela Probasco**  
                                              Angela Probasco