# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
|     Petitioner/Judgment Creditor, | ) ) ) ) |
| vs. | )    Case No.: 14-FJ-05-HE |
| AVON CAPITAL, LLC, | ) ) ) |
|     Respondent/Judgment Debtor, | ) ) |
| ASSET SERVICING GROUP, LLC, | ) ) |
|     Respondent/Garnishee, | ) ) |
| SDM HOLDINGS, LLC, | ) ) |
|     Respondent/Garnishee, | ) ) |
| and | ) ) |
| AVON CAPITAL, LLC, a Wyoming limited liability company, | ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for RESPONDENT/GARNISHEE SDM HOLDINGS, LLC.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

DATE: February 9, 2018.

1

Respectfully submitted,

s/ Joseph H. Bocock
Joseph H. Bocock, OBA #0906
**BOCOCK LAW PLLC**
119 N. Robinson, Suite 320
Oklahoma City, OK 73102
Telephone: (405) 602-1591
Facsimile: (405) 602-1754
Email: joe@bococklaw.com

**Attorney for Respondent
SDM Holdings, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Judy Hamilton Morse
Lysbeth George
Paula Colbath
Alan Rupe
Gerald Green
Melvin McVay
Clayton Ketter
John Stiner

 s/ Joseph H. Bocock