# Exhibit 36

(Page 2 of 5)

Case 5:14-fj-00005-HE Document 133-8 Filed 12/10/18 Page 2 of 6
Case 3:13-cv-01590-DTS-HBP Document 320-4 Filed 10/21/13 Page 29 of 45

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
## (For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| AVON CAPITAL LLC<br>100 GRIST MILL ROAD<br>SIMSBURY , CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| **Account No.** 4242774689 | **State / Commonwealth:** CT |

In consideration of the existing or proposed banking relationship between AVON CAPITAL LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

AVON CAPITAL LLC _____ is the complete and correct name of the Account Holder.

Managers, Members and Authorized Signers: We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company. We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Member | DANIEL E CARPENTER | Daniel E Carpenter |
| Secretary | AMANDA ROSSI | A R |
| | | |
| | | |
| | | |

Assumed Business Names: Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on ___May 20 2009___ , at which a quorum was present and voting, the following resolutions were adopted:

**Be It Resolved,** that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be It Further Resolved,** that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

TD-UNIVERSITAS 0782

**Execute Documents:** To execute and deliver to Financial institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009

Account Holder:   AVON CAPITAL LLC

By: _____        By: _____

By: _____        By: _____

TD-UNIVERSITAS 0783



**DEAN HELLER**
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

Entity #
**E0419312006-2**
Document Number:
**20060362087-34**

Date Filed:
6/6/2006 11:45:58 AM
In the office of

*Dean Heller*

**Dean Heller**
**Secretary of State**
ABOVE

# Articles Of Organization
# Limited-Liability Company
### (PURSUANT TO NRS 86)

| 1. *Name of Limited-Liability Company* | AVON CAPITAL, LLC | Check box if a Series Limited-Liability Company ☐ |
|---|---|---|

| 2. *Resident Agent Name and Street Address:* (must be a Nevada address where process may be served) | CSC SERVICES OF NEVADA, INC. |  |  |  |
|---|---|---|---|---|
|  | Name |  |  |  |
|  | 502 EAST JOHN STREET | CARSON CITY | NEVADA | 89706 |
|  | Physical Street Address | City |  | Zip Code |
|  | | | | |
|  | Additional Mailing Address | City | State | Zip Code |

| 3. *Dissolution Date:* (OPTIONAL see instructions) | Latest date upon which the company is to dissolve (if existence is not perpetual): | |

| 4. *Management:* (check one) | Company shall be managed by ☐ Manager(s)  OR  ☒ Members |
|---|---|

| 5. *Names Addresses, of Manager(s) or Members:* (attach additional pages as necessary) | GRISTMILL CAPITAL, LLC |  |  |  |
|---|---|---|---|---|
|  | Name |  |  |  |
|  | 100 GRIST MILL ROAD | SIMBURY | CT | 06070 |
|  | Address | City | State | Zip Code |
|  | Name |  |  |  |
|  | Address | City | State | Zip Code |
|  | Name |  |  |  |
|  | Address | City | State | Zip Code |

| 6. *Names, Addresses and Signatures of Organizers* (if more than one organizer attach additional page) | CSC SERVICES OF NEVADA, INC. | *Norma Hull* |  |  |
|---|---|---|---|---|
|  | Name | Signature |  |  |
|  | 502 EAST JOHN STREET | CARSON CITY | NV | 89706 |
|  | Address | City | State | Zip Code |

| 7. *Certificate of Acceptance of Appointment of Resident Agent:* | I hereby accept appointment as Resident Agent for the above named limited-liability company. |
|---|---|
|  | *Norma Hull*                                        Date [6/6/06] |
|  | Authorized Signature of R.A. or On Behalf of R.A. Company |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State Form LLC ARTS 2005
Revised on 12/10/03

[ Reset ]

TD-UNIVERSITAS 0784





# LIMITED LIABILITY COMPANY CHARTER

I, DEAN HELLER, the Nevada Secretary of State, do hereby certify that **AVON CAPITAL, LLC** did on June 6, 2006, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on June 6, 2006.

DEAN HELLER
Secretary of State

By

Certification Clerk

TD-UNIVERSITAS 0785

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | |
|---|---|---|
| **REGION:** TD Banknorth CT Mid-Atl | | **DATE OPENED:** 05/20/2009 |
| **ACCOUNT #:** 4242774689 | **TYPE OF ACCOUNT:** IM   Business Convenience Checking | |
| **TAX ID #:** 201196827 | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information**  (Complete only if an officer will be assigned to this account)

**Officer Number:** _____   **Officer Name:** _____   **Telephone:** _____

**BUSINESS NAME/ADDRESS:**                     **TIN:**

AVON CAPITAL LLC                                     201196827            **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT                    USA            06070

**eFunds Verification:** _____   If Existing Customer, Enter the RM Number: 00000015681440

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:** *Articles of Organization*

☒ **Business/Entity Documentation:** ~~Certificate of Good Standing~~ & Resolution/Consent

☒ **Previous Bank:** *Bank of America*        ☐ Visual Inspection of Business
   (Enter Name of Previous Bank)

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| X *Daniel E Carpenter* (Signature) | DANIEL E CARPENTER (Print Name) | 05/25/1954 (Date of Birth) | 048524417 (SSN) | (eFunds Verification) |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 00000014556684 | |
| X _____ (Signature) | AMANDA ROSSI (Print Name) | 11/07/1980 (Date of Birth) | 040801423 (SSN) | (eFunds Verification) |
| Date Signed: 5/21/09 | | If Existing Personal Customer, Enter the RM Number: | 00000015447064 | |
| X _____ (Signature) | (Print Name) | (Date of Birth) | (SSN) | (eFunds Verification) |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: _____ | | |
| X _____ (Signature) | (Print Name) | (Date of Birth) | (SSN) | (eFunds Verification) |
| Date Signed: _____ | | If Existing Personal Customer, Enter the RM Number: _____ | | |

**For Deposit Operations Use Only**

SIC: _____        Entered By: _____

Rev. 11/2008

TD UNIVERSITAS 0786