# Law Offices of Joseph L. Manson III

Joseph L. Manson III, Esq.
600 Cameron St.
Alexandria, Va. 22314

November 23, 2018

RE:  Universitas Education LLC v. Avon Capital LLC   Case No. 14-FJ-05.
       Plaintiff's Objections to Magistrate"s Report—Request for Extension

Dear Judge Heaton,

My firm has been retained to replace Loeb & Loeb, LLP as lead counsel in the captioned case, which involves Plaintiff Universitas Education, LLC's attempt to recover part of $30 million stolen from it by convicted felon Dan Carpenter, who controls the judgment debtor Avon Capital LLC.

We request a five-day extension to file objections to the Magistrate's recommended dismissal of this case without prejudice. I have a motion for admission pro hac vice prepared, but we have not been able before the deadline to find local counsel to replace Lysabeth George of Crowe & Dunlevy. Based on a conversation that I had this week with John Mee III of the law firm Mee Mee Hoge & Epperson, PLLP, Universitas will be able to have that firm or another firm in Oklahoma City retained as local counsel no later than Wednesday of next week. Universitas requests that it be granted an extension until then (Wednesday, November 28) to file its objections. I called opposing counsel John Stiner to see if he objects to this request and left a message for him and his partner. I have not received a return call.

No party will be prejudiced by this extension. Universitas will withdraw its long pending motion for sanctions and will request a status conference to set a timetable for the prompt resolution of this case. It is my understanding that $5-7 million of the stolen funds was used to purchase a portfolio of insurance policies that is at issue in this case.

Thank you for your consideration.

Respectfully submitted,

Joseph L. Manson III
Counsel for Universitas Education LLC
The Law Offices of Joseph L. Manson III
Telephone No. 202-674-1450
E mail address: jmanson@jmansonlaw.com