| | |
|---|---|
| **From:** | Joseph Manson |
| **To:** | John D. Stiner |
| **Subject:** | Re: SDM Holdings |
| **Date:** | Friday, October 19, 2018 10:18:07 AM |

Dear John,
We will be getting new local counsel next week. Did you ever get your client's response to Sharing the small insurance payout instead of litigating it?
Regards,
Joe Manson

On Sep 6, 2018, at 4:10 PM, John D. Stiner <john@stinerlaw.com> wrote:

Mr. Manson,

Thank you for speaking with me this afternoon.  As discussed, please let me know next week which, if any, additional documents responsive to the Amended Subpoena Universitas contends have not been produced by SDM Holdings.

**John D. Stiner**
ATTORNEY

(405) 602-1591 telephone
(405) 602-1754 fax
john@stinerlaw.com

STINER LAW FIRM, PLLC

Robinson Renaissance
119 N. Robinson, Suite 320
Oklahoma City, OK 73102
www.stinerlaw.com

This message is sent by Stiner Law Firm, PLLC, a law firm, and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.