IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
|     Petitioner/Judgment Creditor, | ) ) ) |
| vs. | ) Case No.: 14-FJ-05-HE |
| AVON CAPITAL, LLC, | ) ) |
|     Respondent/Judgment Debtor, | ) ) |
| ASSET SERVICING GROUP, LLC, | ) ) |
|     Respondent/Garnishee, | ) ) |
| SDM HOLDINGS, LLC, | ) ) |
|     Respondent/Garnishee, | ) ) |
| and | ) ) |
| AVON CAPITAL, LLC, a Wyoming limited liability company, | ) ) |

## JOINT STATUS REPORT

Universitas Educations, LLC ("Universitas") and SDM Holdings, LLC ("SDM"), in accordance with the Court's Order of February 13, 2019 [Dkt. 136], advise the Court that, in accordance with the Court's Order of December 14, 2018 [Dkt. 134], the parties reached an agreement as to the amount of attorney fees ($2464.25), which amount was timely paid by Universitas in accordance with the deadline set forth by the Court.

1

Respectfully submitted,

s/ John D. Stiner
John D. Stiner, OBA #18148
**STINER LAW FIRM, PLLC**
119 N. Robinson, Suite 320
Oklahoma City, OK 73102
Telephone: (405) 602-1591
Facsimile: (405) 602-1754
Email: john@stinerlaw.com

**ATTORNEY FOR SDM HOLDINGS, LLC**

--and—

s/ Joshua C. Greenhaw
Joshua C. Greenhaw, OBA No. 19111
jcg@meehoge.com
MEE MEE HOGE & EPPERSON PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101

**ATTORNEYS FOR UNIVERSITAS EDUCATION, LLC**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of February, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Alan Rupe
Gerald Green
Melvin McVay
Clayton Ketter

                                                    s/ John D. Stiner