# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) <br> ) <br>    Petitioner/Judgment Creditor, ) <br> v. ) <br> ) <br> AVON CAPITAL, LLC, ) <br> ) <br>    Respondent/Judgment Debtor, ) <br> ) <br> ASSET SERVICING GROUP, LLC, ) <br> ) <br>    Respondent/Garnishee, ) <br> ) <br> SDM HOLDINGS, LLC, ) <br> ) <br>    Respondent/Garnishee, ) <br> and ) <br> ) <br> AVON CAPITAL, LLC, a Wyoming ) <br> Limited Liability Company, ) <br> ) <br>    Intervenor. ) | Case No. 14-FJ-05-HE |

**ENTER ORDER:**

The Court strikes Petitioner's Opening Brief in Support of Motion for Post-Judgment Discovery Pursuant to Court Order dated April 11, 2019.  Doc. 145.  Petitioner failed to comply with ECF Policies & Procedures Manual, § II.A.4.a.  Petitioner may refile its brief in support no later than May 1, 2019.  Petitioner is ordered to provide a courtesy copy to the Court pursuant to ECF Policies & Procedures Manual, § II.A.5.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

                                                                                   CAMELITA REEDER SHINN, CLERK

                                By:    <u>s/Lesa Boles</u>
                                                  Deputy Clerk