

**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

Max Maxfield, WY Secretary of State
FILED: 11/22/2010 01:20 PM
Original ID: 2007-000538125
Amendment ID: 2010-000907594

# Limited Liability Company
## Application for Certificate of Reinstatement

A limited liability company administratively dissolved under W.S. 17-15-112 may apply to the Secretary of State for reinstatement within two (2) years after the effective date of dissolution.

1. Limited liability company name:

   Avon Capital, LLC

2. Effective date of its administrative dissolution: 06/17/2009
   *(Date – mm/dd/yyyy)*

3. Grounds for dissolution have been eliminated.

Signature:    Date: 11/15/2010
*(Shall be executed by a member, manager, or other authorized individual as set forth in the operating agreement.)*   *(mm/dd/yyyy)*

Print Name: Don Trudeau

Title: Principal   Contact Person: Don Trudeau

Daytime Phone Number: (203) 425-4500

Email: dtrudeau@gmcadvisors.com

### Checklist
- [ ] Check one box only:
  - [ ] **(a) Failure to file annual report** - if the limited liability company was administratively dissolved for failure to file its annual report and pay the annual license tax, all delinquent reports must accompany this form along with the $50.00 reinstatement fee and the taxes for each delinquent report.
  - [x] **(b) Failure to maintain registered agent** - if the limited liability company was administratively dissolved for failure to maintain a registered agent and/or registered office in this state, a completed statement of change of registered agent/office and registered agent consent must accompany this form along with the reinstatement fee of $50.00 together with a penalty of $250.00 for a total fee of $300.00 plus any delinquent annual reports and taxes due.
- [ ] Make check or money order payable to Wyoming Secretary of State.
- [ ] Please submit one **originally signed** document and one exact photocopy of the filing.
- [ ] **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

LLC-CertificateReinstatement –07/01/2010



Exhibit 8

# STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, Secretary of State of the State of Wyoming, do hereby certify that the certificate of dissolution for the entitiy listed below has been canceled and this entity has been reinstated effective **November 22, 2010** as the grounds for administrative dissolution have been eliminated.

### CERTIFICATE OF REINSTATEMENT

### AVON CAPITAL, LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **22nd** day of **November, 2010**.



_____
Secretary of State

By: _____Christina Straw_____

Filed Date: 11/22/2010

Exhibit 8