# Limited Liability Company Annual Report

Due on or Before: May 1, 2011
ID: 2007-000538125
State of Formation: Wyoming

**ID:** 2007-000538125
**Filed:** 11/28/2011 01:51 PM
**AR Number:** 01436363

AVON CAPITAL, LLC
100 Grist Mill Ln
Simsbury, CT 06070

Wyoming Secretary of State
200 West 24th Street, Room 110
Cheyenne, WY 82002
(307) 777-7311   http://wyobiz.wy.gov

1. If the mailing address listed above is incorrect, the new address is:

   300 First Stamford Place, Suite 201, Stamford, CT 06902

2. If the principal office address is not the same as the mailing address above, it is:

   _____

   I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

   Signature: [signature]    Date: 11/22/2011

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet. **Enclose a check made payable to the Wyoming Secretary of State.**
2. Sign and date this form and return to the address provided above.

**Note:** In lieu of filing this form, you may file the annual report and pay annual report license tax electronically by accessing the Secretary of State's website: http://wyobiz.wy.gov

*Received Secretary of State Wyoming* [stamp]

Exhibit 10