

DEAN HELLER
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

Entity # E0419312006-2
Document Number: 20060362087-34
Date Filed: 6/6/2006 11:45:58 AM
In the office of

Dean Heller
Secretary of State

# Articles Of Organization
# Limited-Liability Company
(PURSUANT TO NRS 86)

**1. Name of Limited-Liability Company**
AVON CAPITAL, LLC

Check box if a Series Limited-Liability Company ☐

**2. Resident Agent Name and Street Address:** (must be a Nevada address where process may be served)
Name: CSC SERVICES OF NEVADA, INC.
Physical Street Address: 502 EAST JOHN STREET
City: CARSON CITY
State: NEVADA
Zip Code: 89706

Additional Mailing Address: 
City: 
State: 
Zip Code:

**3. Dissolution Date:** (OPTIONAL see instructions)
Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (check one)
Company shall be managed by ☐ Manager(s) OR ☒ Members

**5. Names, Addresses, of Manager(s) or Members:** (attach additional pages as necessary)
Name: GRISTMILL CAPITAL, LLC
Address: 100 GRIST MILL ROAD
City: SIMBURY
State: CT
Zip Code: 06070

**6. Names, Addresses and Signatures of Organizers** (if more than one organizer attach additional page)
Name: CSC SERVICES OF NEVADA, INC.
Signature: [signature] Norma Hill
Address: 502 EAST JOHN STREET
City: CARSON CITY
State: NV
Zip Code: 89706

**7. Certificate of Acceptance of Appointment of Resident Agent:**
I hereby accept appointment as Resident Agent for the above named limited-liability company.
Authorized Signature of R.A. or On Behalf of R.A. Company: [signature] Norma Hill
Date: 6/6/06

This form must be accompanied by appropriate fees.
[Reset]

Nevada Secretary of State Form LLC ARTS 2005
Revised on 12/10/05

TD-UNIVERSITAS 0784
Exhibit 11