# ARTICLES OF ORGANIZATION
### DOMESTIC LIMITED LIABILITY COMPANY
Office of the Secretary of the State
30 Trinity Street / P.O. Box 150470 / Hartford, CT 06115-0470 / Rev. 10/01/2004
*See reverse for instructions*

Space For Office Use Only                   Filing Fee: $60.00

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

**1. NAME OF THE LIMITED LIABILITY COMPANY**

GRIST MILL CAPITAL, LLC

**2. NATURE OF BUSINESS TO BE TRANSACTED OR THE PURPOSES TO BE PROMOTED**

To engage in any lawful act or activity for which a limited liability company may be formed under the CT Limited Liability Company Act.

**3. PRINCIPAL OFFICE ADDRESS** (See instructions for further details.)

100 Grist Mill Road
Simsbury, CT 06070

**4. APPOINTMENT OF STATUTORY AGENT FOR SERVICE OF PROCESS**

| Name of agent | Business address (P.O. Box is not acceptable) |
|---|---|
| Halloran & Sage LLP | One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 |
| | Residence address (P.O. Box is not acceptable) |
| | Same |

Acceptance of appointment

Robert A. Cox
Partner                         Signature of agent

**5. MANAGEMENT**
(Place a check mark next to the following statement *only* if it applies)

_X_ The management of the limited liability company shall be vested in one or more managers.

**6. MANAGER(S) OR MEMBER(S) INFORMATION**

| Name | Title | Business Address | Residence Address |
|---|---|---|---|
| Wayne H. Bursey | manager | 100 Grist Mill Road, Simsbury, CT 06070 | same |
| Jack E. Robinson | manager | 2187 Atlantic Street, Stamford, CT 06902 | same |

**7. EXECUTION**

Wayne H. Bursey                      *Wayne H Bursey*
Print or type name of organizer               Signature

Reference an 8 ½ x 11 attachment if additional space is required

Exhibit 12