



TD-UNIVERSITAS 0840

Exhibit 14



HOLD DOCUMENT UP TO LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**TD Bank**

40236419-2

52-0133
112

RE:

4689

DATE: 06/09/2010

PAY TO THE ORDER OF AVON CAPITAL LLC

$953,213.84

Nine Hundred Fifty Three Thousand Two Hundred Thirteen AND 84/100

DRAWER: TD BANK, N.A.

*Tracey Wade*

AUTHORIZED SIGNATURE

⑈ 41920⑈ ⑈ 13350⑈ 94040⑈

Pocket:5 Pattern:3003 Account: 9404 Serial:402364192 Amount:$953,213.84 Sequence:3738270645 TR:11201335 BOFD TR:-
TranCode:0 CUID:1615 Date:06/16/2010 PostAcct:0

06/16/2010 3738270645
02011-7216-6... P.R. HFT, CT
PST

X Avon Capital LLC
For Deposit only
65,000,232,86

Exhibit 14

**Deposit**

**People's United Bank**

Name  Avon Capital LLC

Date  6-16-10

Cash ▸

Select Type:  ☑ Checking   ☐ Savings/Money Market   ☐ CD

Bank Use Only
Tran Code

644

Deposit to Account Number

3286

Checks

Total from other side ▸

Less cash back ▸

Net Deposit $  95321384

Deposits may not be available for immediate withdrawal

⑈5136⑈9999⑈

Member FDIC  TK 001

Pocket:19 Pattern:3003 Account:███ 3286 Serial:0 Amount:$953,213.84 Sequence:3738270640 TR:51369999 BOFD TR:-
TranCode:644 CUID:1615 Date:06/16/2010 PostAcct:6500023286

06/16/2010  3738270640
XX2211-7716-AV.  P.B.  DPT, CT
PBT

TR:15  175-17507 06/16/10    12:04 PM
A1361DR
6500023286 CkUPNoHld        $753,213.84

TGV

Exhibit 14