## Business Inquiry

### Business Details

|  |  |
|---|---|
| Business Name: | **AVON CAPITAL, LLC** |
| Business ID: | **0879747** |
| Business Address: | **100 GRIST MILL ROAD, SIMSBURY, CT, 06070** |
| Mailing Address: | **NONE** |
| Date Inc/Registration: | **Nov 21, 2006** |
| Citizenship/State Inc: | **Domestic/CT** |
| Last Report Filed Year: | **NONE** |
| Business Type: | **Domestic Limited Liability Company** |
| Business Status: | **Active** |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| WAYNE H. BURSEY  MANAGER | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 | 100 GRIST MILL ROAD, SIMSBURY, CT, 06070 |

### Agent Summary

|  |  |
|---|---|
| Agent Name | **HALLORAN & SAGE LLP** |
| Agent Business Address | **ONE GOODWIN SQUARE, 225 ASYLUM STREET, HARTFORD, CT, 06103** |
| Agent Residence Address | **NONE** |

Exhibit 17

EXHIBIT 2