Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email or messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of Asset Servicing Group, LLC shall be understood as neither given nor endorsed by it.

**From:** Kim Hinkle [mailto:khinkle@theasg.net]
**Sent:** Tuesday, March 30, 2010 2:40 PM
**To:** 'Andrew Terrell'; 'Don Trudeau'
**Cc:** tmoran@theasg.net
**Subject:** SDM Final Fuding Date

We have agreed to exclude the policies listed on the attached spreadsheet from the Included Assets in the Membership Purchase Agreement. The remaining Purchase Price of $1,264,845.72 owed to Moran is broken down as follows:

1. $29,303,350.68 (original contractual gross death benefit) - $1,363,922.47 (gross death benefit of excluded policies) = $27,939,428.21 in gross death benefit remaining.
2. $27,939,428.21 x 0.15 = $4,190,914.23
3. Moran received the following portions of the Purchase Price on the corresponding dates:
    a. $777,741.30 on December 31, 2009
    b. $25,000.00 January 4, 2010
    c. $175,334.85 on January 5, 2010
    d. $332,766.30 on January 5, 2010
    e. $373,033.83 on January 7, 2010
4. Kirkpatrick Bank received $514,469.36 on December 31, 2009
5. $4,190,914.23 - $2,198,345.64 = $1,992,568.59
6. $1,466,390.75 (original loan amount utilized) - $10,945.00 (Loan amount from excluded policy SDM 298) = $1,455,445.75
7. $1,455,445.75 x 0.50 = $727,722.87
8. $1,992,568.59 - $727,722.87 = $1,264,845.72 (Remaining Purchase Price)

Please wire the Remaining Purchase Price to:

**Wiring instructions for H Thomas Moran**

Wire To:
Bankers Bank
Oklahoma City, OK
ABA # ▓▓▓▓616

FFC To:
Kirkpatrick Bank
Account # ▓46

FBO
H Thomas Moran
Checking Account
Account # ▓▓0579

Please confirm the above and the definitive date that the funds will be received by Moran. Thanks.

Moran 0000562

Exhibit 22