```
Wire Transfer Archive          PEOPLES UNITED BK     Value Date: 11-30-2010 to 11-30-2010                                    Page:  1

MOP  DIR    MID                  AMOUNT   CREATE DATE & TIME   VAL DATE    TYPE  BANK  DEPT   BRANCH   VER   TEMPLATE   MSG STATUS
FED   O     10113015151814400   75,000.00 11-30-2010 16:29:23  11-30-2010  1000  001   WIR    001BR900  1             ADVICE   COMPLETE

   SENDER: 221172186 PEOPLES UNITED BK                          RECEIVER: 103003616 THE BANKERS BANK

             BANK   ACCT TYPE & NUMBER      CUST CODE           CUSTOMER NAME                                        FEE
   DEBIT ACCOUNT:  001   DDA   3286         3286               AVON CAPITAL LLC
   CREDIT ACCOUNT:

   ORIGINATOR: AC    3286                              BENEFICIARY: AC    0579
               Avon Capital, LLC                                    H. Thomas Moran
               100 Grist Mill Road                                  9020 N. May Ave
               Simsbury, CT 06070                                   Oklahoma City, OK  73120

ORIGINATING BANK:                                     BENEFICIARY BANK:  FW 103003616
                                                                         THE BANKERS BANK
                                                                         OKLAHOMA CITY
                                                                         OK

INSTRUCTING BANK:                                     INTERMEDIARY BANK:

   PRODUCT CODE: CTR                                  REFERENCE FOR BENEFICIARY:
   SENDER REFERENCE: 2247912019                       AS OF DATE & REASON: 12-31-1969
   IMAD: 20101130B1B7GM1F000717                       REFERENCE IMAD:
   OMAD: 20101130MMQFMP23001228113016297T03           DISPOSITION:

OBI: FFC: Kirkpatrick Bank Acct# 00146 Final Credit to: H. Thomas Moran

BBI:

Country Code:US

NOTE: 0:

NON-ACCOUNT INFORMATION:
   NAME :                                             PHONE:
   ADDR1:
   ADDR2:
   CITY :                    STATE:          ZIP:
   DRIVER'S LICENSE:         STATE OF ISSUE:          EXPIRATION DATE: 12-31-1969
   SSN OR EIN:               TAXPAYER ID:             COMMENTS:
```

Exhibit 24

```
Wire Transfer Archive          PEOPLES UNITED BK     Value Date: 12-31-2010 to 12-31-2010                              Page:  1

 DIR       MID                 AMOUNT    CREATE DATE & TIME   VAL DATE   TYPE  BANK  DEPT       BRANCH  VER  TEMPLATE  MSG STATUS
MOP
FED  O   10123111092OH400     100,000.00  12-31-2010 12:04:45 12-31-2010 1000  001   WIR  001BR900          1           COMPLETE

         BANK   ACCT TYPE & NUMBER           CUST CODE        CUSTOMER NAME                            FEE       ADVICE
DEBIT ACCOUNT:  001    DDA    ████3286                    ████3286
CREDIT ACCOUNT:

SENDER: 221172186 PEOPLES UNITED BK                              RECEIVER: 103003616 THE BANKERS BANK

ORIGINATOR: AC ████3286                                 BENEFICIARY: AC ████0579
            Avon Capital, LLC                                        H. Thomas Moran
            100 Grist Mill Road                                      9020 N. May Ave
            Simsbury, CT 06070                                       Oklahoma City, OK 73120

ORIGINATING BANK:                                       BENEFICIARY BANK:  FW 103003616
                                                                           THE BANKERS BANK
                                                                           OKLAHOMA CITY
                                                                           OK
INSTRUCTING BANK:                                       INTERMEDIARY BANK:

PRODUCT CODE: CTR                                       REFERENCE FOR BENEFICIARY:
SENDER REFERENCE: 381918713                             AS OF DATE & REASON: 12-31-1969
           IMAD: 20101231B1B7GM1F000257                 REFERENCE IMAD:
           OMAD: 20101231MMQFMP23000583123112O4FT03     DISPOSITION:

OBI: FFC: Kirkpatrick Bank Acct#00146 Final Credit to: H. Thomas Moran
BBI:

Country Code:US
NOTE: 0:
NOTE: 0:
NOTE: 0:

NON-ACCOUNT INFORMATION:
    NAME :                                         PHONE:
    ADDR1:
    ADDR2:
    CITY :                STATE:           ZIP:
    DRIVER'S LICENSE:          STATE OF ISSUE:      EXPIRATION DATE: 12-31-1969
    SSN OR EIN:           TAXPAYER ID:              COMMENTS:
```

Exhibit 24



Exhibit 24

```
Wire Transfer Archive        PEOPLES UNITED BK       Value Date: 02-24-2011 to 02-24-2011                    Page:   1

MOP    DIR    MID                      AMOUNT    CREATE DATE & TIME   VAL DATE     TYPE   BANK   DEPT   BRANCH   VER  TEMPLATE  MSG STATUS
FED    O      11022416273H400          100,000.00 02-24-2011 16:28:09 02-24-2011   1000   WIR    001BR900 0                      COMPLETE

               BANK   ACCT TYPE & NUMBER          CUST CODE          CUSTOMER NAME                 FEE    ADVICE
DEBIT ACCOUNT:  001   DDA         3286                       3286
CREDIT ACCOUNT:

SENDER: 221172186 PEOPLES UNITED BK                             RECEIVER: 103003616 THE BANKERS BANK

   ORIGINATOR:  AC       3286                              BENEFICIARY:  AC       0579
                Avon Capital, LLC                                        H. Thomas Moran
                100 Grist Mill Road                                      9020 N. May Ave
                Simsbury, CT 06070                                       Oklahoma City, OK 73120

ORIGINATING BANK:                                          BENEFICIARY BANK:  FW 103003616
                                                                              THE BANKERS BANK
                                                                              OKLAHOMA CITY
                                                                              OK

INSTRUCTING BANK:                                          INTERMEDIARY BANK:

PRODUCT CODE: CTR                                          REFERENCE FOR BENEFICIARY:
SENDER REFERENCE: 69G921435                                AS OF DATE & REASON:  12-31-1969
   IMAD: 20110224B1B7GMLF000479                            REFERENCE IMAD:
   OMAD: 20110224MMQFMP2300108902241629FT03                DISPOSITION:

OBI: FFC: Kirkpatrick Bank Acct#00146Final Credit to: H. Thomas Moran

BBI:

Country Code:

NOTE:: 0:

NON-ACCOUNT INFORMATION:
   NAME :                                                  PHONE:
   ADDR1:
   ADDR2:
   CITY :              STATE:        ZIP:
   DRIVER'S LICENSE:                 STATE OF ISSUE:       EXPIRATION DATE: 12-31-1969
   SSN OR EIN:                       TAXPAYER ID:          COMMENTS:
```

Exhibit 24

Wire Transfer Archive          PEOPLES UNITED BK     Value Date: 03-30-2011 to 03-30-2011                                    Page:   1

```
MOP  DIR     MID                 AMOUNT      CREATE DATE & TIME    VAL DATE    TYPE  BANK  DEPT       BRANCH  VER  TEMPLATE   MSG STATUS
FED  O   11033015550IH400        100,000.00  03-30-2011 15:56:14   03-30-2011  1000  001   WIR        001BR900  0             COMPLETE

             BANK   ACCT TYPE & NUMBER                            CUST CODE          CUSTOMER NAME                FEE    ADVICE
DEBIT ACCOUNT:  001   DDA       3286                                       3286
CREDIT ACCOUNT:
```

SENDER: 221172186 PEOPLES UNITED BK                              RECEIVER: 103003616 THE BANKERS BANK

ORIGINATING BANK:

ORIGINATOR: AC        3286                           BENEFICIARY: AC       0579
Avon Capital, LLC                                                H. Thomas Moran
100 Grist Mill Road                                              9020 N. May Ave
Simsbury, CT 06070                                               Oklahoma City, OK 73120

INSTRUCTING BANK:                                    INTERMEDIARY BANK:

                                                     BENEFICIARY BANK:    FW 103003616
                                                                          THE BANKERS BANK
                                                                          OKLAHOMA CITY
                                                                          OK

PRODUCT CODE: CTR                                    REFERENCE FOR BENEFICIARY:
SENDER REFERENCE: 3407706045                         AS OF DATE & REASON: 12-31-1969
  IMAD: 20110330B1B7GM1F000506                       REFERENCE IMAD:
  OMAD: 20110330M0FMP23000927030301557F03            DISPOSITION:

OBI: FFC: Kirkpatrick Bank Acct#00146Final Credit to: H. Thomas Moran
BBI:
Country Code:
NOTE: 0:
NON-ACCOUNT INFORMATION:
  NAME :                                                         PHONE:
  ADDR1:
  ADDR2:
  CITY :                  STATE:           ZIP:
  DRIVER'S LICENSE:       STATE OF ISSUE:           EXPIRATION DATE: 12-31-1969
  SSN OR EIN:             TAXPAYER ID:              COMMENTS:

Exhibit 24

```
Wire Transfer Archive          PEOPLES UNITED BK    Value Date: 04-28-2011 to 04-28-2011                  Page:   1

 DIR   MOP   MID             AMOUNT      CREATE DATE & TIME    VAL DATE    TYPE  BANK  DEPT    BRANCH   VER  TEMPLATE   MSG STATUS
 O     FED   1104281606025H400  100,000.00  04-28-2011 16:24:39  04-28-2011  1000  001   WTR   001BR900    0                COMPLETE

                  BANK  ACCT TYPE & NUMBER         CUST CODE         CUSTOMER NAME                              FEE    ADVICE
   DEBIT ACCOUNT:  001   DDA         3286                3286        AVON CAPITAL LLC
   CREDIT ACCOUNT: ___   ___         ____                ____

   SENDER: 221172186 PEOPLES UNITED BK          RECEIVER: 103003616 THE BANKERS BANK

   ORIGINATOR: AC       3286                     BENEFICIARY: AC       3579
               Avon Capital, LLC.                              H. Thomas Moran
               100 Grist Mill Road                             9020 N. May Ave
               Simsbury, CT 06070                              Oklahoma City, OK 73120

   ORIGINATING BANK:                             BENEFICIARY BANK:   FW 103003616
                                                                     THE BANKERS BANK
                                                                     OKLAHOMA CITY
                                                                     OK

   INSTRUCTING BANK:                             INTERMEDIARY BANK:

   PRODUCT CODE: CTR                             REFERENCE FOR BENEFICIARY:
   SENDER REFERENCE: 2067460509                  AS OF DATE & REASON:  12-31-1969
         IMAD: 20110428B1B7GM1F000429            REFERENCE IMAD:
         OMAD: 20110428MMQFMP2300096804281628FT03 DISPOSITION:

   OBI: FFC: Kirkpatrick Bank Acct#00146Final Credit to: H. Thomas Moran

   BBI:
   Country Code:
   NOTE: 0:
   NON-ACCOUNT INFORMATION:
       NAME :                                                    PHONE:
       ADDR1:
       ADDR2:
       CITY :           STATE:          ZIP:
       DRIVER'S LICENSE:                STATE OF ISSUE:          EXPIRATION DATE: 12-31-1969
       SSN OR EIN:      TAXPAYER ID:                             COMMENTS:
```

Exhibit 24

```
Wire Transfer Archive                        PEOPLES UNITED BK    Value Date: 06-01-2011 to 06-01-2011                                   Page:   1

MOP  DIR        MID                AMOUNT      CREATE DATE & TIME      VAL DATE    TYPE  BANK   DEPT            BRANCH  VER  TEMPLATE    MSG STATUS
FED   O   11060112173TH400         100,000.00  06-01-2011 12:23:29     06-01-2011  1000  001    WIR  001BR900   0                        COMPLETE

                    BANK     ACCT TYPE & NUMBER          CUST CODE                    CUSTOMER NAME                           FEE        ADVICE
DEBIT ACCOUNT:      001      DDA  ███████3286                                                                                 _____
CREDIT ACCOUNT:                                          3286                         AVON CAPITAL LLC

SENDER:   221172186 PEOPLES UNITED BK                           RECEIVER: 103003616 THE BANKERS BANK

ORIGINATOR: AC ████3286                                         BENEFICIARY: AC ██████0579
            Avon Capital, LLC                                                H. Thomas Moran
            100 Grist Mill Road                                              9020 N. May Ave
            Simsbury, CT 06070                                               Oklahoma City, OK 73120

ORIGINATING BANK:                                               BENEFICIARY BANK:  FW 103003616
                                                                                   THE BANKERS BANK
                                                                                   OKLAHOMA CITY
                                                                                   OK

INSTRUCTING BANK:                                               INTERMEDIARY BANK:

SENDER REFERENCE: 310671543                                     REFERENCE FOR BENEFICIARY:
PRODUCT CODE: CTR                                               AS OF DATE & REASON:  12-31-1969
   IMAD: 20110601B1B7GMIF000499                                       REFERENCE IMAD:
   OMAD: 20110601MMQFMP23000572060112224FT03                          DISPOSITION:

OBI: FFC: Kirkpatrick Bank Acct#00146Final Credit to: H. Thomas Moran
BBI:
Country Code:
NOTE: 0:

NON-ACCOUNT INFORMATION:
   NAME  :                                    PHONE:
   ADDR1:
   ADDR2:
   CITY :               STATE:      ZIP:
   DRIVER'S LICENSE:    STATE OF ISSUE:        EXPIRATION DATE: 12-31-1969
   SSN OR EIN:          TAXPAYER ID:           COMMENTS:
```

Exhibit 24

```
Wire Transfer Archive         PEOPLES UNITED BK    Value Date: 07-08-2011 to 07-08-2011          Page: 1

MOP   DIR                MID              AMOUNT      CREATE DATE & TIME   VAL DATE    TYPE  BANK  DEPT    BRANCH  VER  TEMPLATE   MSG STATUS
FED   O   11070814174H9400                 100,000.00  07-08-2011 14:19:23  07-08-2011  1000  001   WIR     001BR901     0          COMPLETE

                BANK   ACCT TYPE & NUMBER               CUST CODE            CUSTOMER NAME                          FEE    ADVICE
DEBIT ACCOUNT:  001    DDA    3286                      3286                 
CREDIT ACCOUNT:

SENDER:  221172186 PEOPLES UNITED BK                      RECEIVER: 103003616 THE BANKERS BANK

ORIGINATOR: AC    3286                               BENEFICIARY: AC    0579
            Avon Capital, LLC                                     H. Thomas Moran
            100 Grist Mill Road                                   9020 N. May Ave
            Simsbury, CT 06070                                    Oklahoma City, OK 73120

ORIGINATING BANK:                                    BENEFICIARY BANK:  FW 103003616
                                                                        THE BANKERS BANK
                                                                        OKLAHOMA CITY
                                                                        OK

INSTRUCTING BANK:                                    INTERMEDIARY BANK:

PRODUCT CODE: CTR                                    REFERENCE FOR BENEFICIARY:
SENDER REFERENCE: 4001273754                         AS OF DATE & REASON: 12-31-1969
  IMAD: 20110708J1B7GM1F000397                       REFERENCE IMAD:
  OMAD: 20110708MMQFMP2300078607081421FT03           DISPOSITION:

OBI:  FFC: Kirkpatrick Bank Acct#00146Final Credit to: H. Thomas Moran
BBI:

Country Code:
NOTE: 0:

NON-ACCOUNT INFORMATION:
NAME :                                               PHONE:
ADDR1:
ADDR2:
CITY :              STATE:           ZIP:
DRIVER'S LICENSE:   STATE OF ISSUE:  EXPIRATION DATE: 12-31-1969
SSN OR EIN:         TAXPAYER ID:     COMMENTS:
```

Exhibit 24