# State of Delaware
# Annual Franchise Tax Report

| | |
|---|---|
| **CORPORATION NAME:** BENISTAR ADMIN SERVICES, INC. | **TAX YR:** 2009 |
| **FILE NUMBER:** 2774641   **INCORPORATION DATE:** 1997/07/18   **RENEWAL/REVOCATION DATE:** | |
| **PRINCIPAL PLACE OF BUSINESS:** 100 Grist Mill Rd  Simsbury CT 06070 United States | **PHONE NUMBER:** 860/408-7000 |
| **REGISTERED AGENT:** CORPORATE AGENTS, INC.  2711 CENTERVILLE ROAD  SUITE 400  WILMINGTON   DE 19808 | **AGENT NUMBER:** 9007018 |

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2006/02/02 | | COMMON | 150,000 | .010000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Donald J. Trudeau | 100 Grist Mill Rd.  Simsbury CT 06070 United States | President |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| Donald J. Trudeau | 100 Grist Mill Rd  Simsbury CT 06070 United States |
| Donna A. Wayne | 100 Grist Mill Rd  Simsbury CT 06070 United States |
| Jack E. Robinson | 100 Grist Mill Rd  Simsbury CT 06070 United States |

Total number of directors: 3

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| Donald J. Trudeau  100 Grist Mill Rd  Simsbury CT 06070 United States | 2010-01-05 | President |

UNIV-003083

Exhibit 30