**GRIST MILL CAPITAL, LLC**
100 Grist Mill Road
Simsbury, CT 06070
(860) 408-7000
(860) 408-7005 (fax)

December 21, 2006

**Via E-Mail & Federal Express**

Louis W. Geibel
Vice President
Christiana Corporate Services, Inc.
1314 King Street
Wilmington, DE 19801

Re: **Charter Oak Trust and Grist Mill Capital, LLC**

Dear Lou:

**Charter Oak Trust**

Please open immediately a *corporate trust account* in the name of **Charter Oak Trust**. It's Taxpayer Identification Number is ▇▇5830. It's address is as follows:

> Charter Oak Trust
> 100 Grist Mill Road
> Simsbury, CT 06070
> Attn: Amanda Rossi

Contact information is as follows: (860) 408-7000, (860) 408-7005 (fax), arossi@benistar.com. The authorized signatories on the account shall be Wayne H. Bursey, Molly Carpenter, and Jack E. Robinson.

**Grist Mill Capital, LLC**

Please open immediately a *custody account* in the name of **Grist Mill Capital, LLC**. It's Taxpayer Identification Number is ▇▇7868. It's address is as follows:

> Grist Mill Capital, LLC
> 100 Grist Mill Road
> Simsbury, CT 06070
> Attn: Amanda Rossi

Contact information is as follows: (860) 408-7000, (860) 408-7005 (fax), arossi@benistar.com. The authorized signatories on the account shall be Wayne H. Bursey, Molly Carpenter, and Jack E. Robinson. I have enclosed the requested documentation regarding this account.

**Avon Capital, LLC**

Please open immediately a *custody account* in the name of **Avon Capital, LLC**. It's Taxpayer Identification Number is ▇▇6827. It's address is as follows:

> Avon Capital, LLC
> 100 Grist Mill Road
> Simsbury, CT 06070
> Attn: Amanda Rossi

Contact information is as follows: (860) 408-7000, (860) 408-7005 (fax), arossi@benistar.com. The authorized signatories on the account shall be Wayne H. Bursey, Molly Carpenter, and Jack E. Robinson. I have enclosed the requested documentation regarding this account.

Let me know if you need anything further and thanks for your assistance.

Sincerely,

*[signature]*

Jack E. Robinson
Manager

Enclosures