IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>NOVA GROUP, INC.,<br><br>and<br><br>AVON CAPITAL, LLC, a Connecticut limited liability company,<br><br>    Respondents/Judgment Debtors. | Case No. 14-FJ-5-HE |

**INTERVENOR AVON CAPITAL-WYOMING'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Avon Capital, LLC, a Wyoming limited liability company ("Avon Capital-WY"), by the undersigned counsel, moves for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Avon Capital-WY simultaneously files a Memorandum in Support of this Motion for Summary Judgment.

/s/ Alan L. Rupe
Alan L. Rupe, OBA No. 20440
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  316-609-7900
Facsimile:   316-462-5746

*Attorney for Intervenor Avon Capital, LLC, a
Wyoming limited liability company*

4849-5633-3494.1

## **CERTIFICATE OF SERVICE**

I certify that on February 28, 2020, I electronically filed the above Motion for Summary Judgment, using the CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to the counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe