IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC,     Petitioner/Judgment Creditor, | § § § | |
| v. | § § | Civil Action No.: 14-FJ-05-HE |
| AVON CAPITAL, LLC,     Respondent/Judgment Debtor, | § § § § | |
| ASSET SERVICING GROUP, LLC,     Respondent/Garnishee, | § § § | |
| SDM HOLDINGS, LLC,     Respondent/Garnishee, | § § § | |
| And | § § | |
| AVON CAPITAL, LLC, a Wyoming limited liability company,     Intervenor. | § § § § | |

## GARNISHEE SDM HOLDINGS, LLC'S JOINDER IN THE MOTION TO STRIKE DECLARATION OF BENJAMIN CHERNOW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, SDM Holdings, LLC (SDM" or "Garnishee"), complaining of Plaintiff and Garnishor Universitas Education, LLC ("Universitas" or "Plaintiff"), and files this Joinder in the Motion to Strike Declaration of Benjamin Chernow [Dkt. 193] filed by Intervenor Avon Capital, LLC, a Wyoming limited liability company, and would respectfully show as follows:

SDM requests that the Court please take notice that SDM joins in the Motion to Strike Declaration of Benjamin Chernow [Dkt 193] for all the reasons stated therein.

## RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, SDM Holdings, LLC prays that the Motion to Strike Declaration of Benjamin Chernow be granted and that SDM have judgment that Plaintiff take nothing by its claims, and SDM have judgment against the Plaintiff for attorneys' fees, pre-judgment and post-judgment interest, cost of suit; and such other and further relief, at law and in equity, which SDM may be entitled.

Respectfully submitted,
s/ John D. Stiner
John D. Stiner, OBA #18148
STINER LAW FIRM, PLLC
119 N. Robinson, Suite 320
Oklahoma City, OK 73102
Telephone: (405) 602-1591
Facsimile: (405) 602-1754
Email: john@stinerlaw.com

--and—

Joseph H. Bocock, OBA 0906
BOCOCK LAW PLLC
119 N. Robinson, Suite 320
Oklahoma City, OK 73102
Telephone: (405) 602-1591
Facsimile: (405) 602-1754
Email: joe@bococklaw.com

Attorneys for Garnishee
SDM Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Alan Rupe
Gerald Green
Melvin McVay
Clayton Ketter
Joshua Greenhaw

                                                    s/ John D. Stiner