IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Petitioner/Judgment Creditor, | ) | |
| | ) | |
| vs. | ) | Case No.: 14-FJ-05-HE |
| | ) | |
| AVON CAPITAL, LLC, | ) | |
| | ) | |
| Respondent/Judgment Debtor, | ) | |
| | ) | |
| ASSET SERVICING GROUP, LLC, | ) | |
| | ) | |
| Respondent/Garnishee, | ) | |
| | ) | |
| SDM HOLDINGS, LLC, | ) | |
| | ) | |
| Respondent/Garnishee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AVON CAPITAL, LLC, a Wyoming limited liability company, | ) | |

**NON-CONTINUING AND GENERAL GARNISHEE'S**
**SUPPLEMENTAL ANSWER/AFFIDAVIT**

STATE OF CONNECTICUT   )
                       ) ss.
COUNTY OF _____  )

    I, Molly Carpenter, on behalf of garnishee SDM Holdings, LLC, in answer to a garnishment summons allegedly served on or around December 9, 2015, and having knowledge of the facts and being sworn state:

    1. That garnishee is SDM Holdings, LLC, which was formed as a limited liability company organized under the laws of the State of Oklahoma, and the official title of the person answering on behalf of garnishee is manager.

1

**Exhibit A-2**

2. At the time of the service of the garnishment summons, or upon the date it became effective, i.e., December 9, 2015, the garnishee was not indebted to Avon Capital, LLC, which was a Wyoming limited liability company, for any amount of money nor did the garnishee have possession or control of any property, money, goods, chattels, credits, negotiable instruments or effects belonging to the judgment debtor.

3. Nothing has been withheld due to a prior garnishment or continuing garnishment.

BY: _Molly Carpenter_   DATE: _3-9-2021_
Molly Carpenter,
Authorized Representative

TITLE:_____

Subscribed and sworn to before me on this _9_ day of _March_, 2021.

_Tanya E. Scott_
Notary Public

My commission expires: _3/31/23_

TANYA E. SCOTT
NOTARY PUBLIC
State of Connecticut
My Commission Expires
March 31, 2023

2

**Exhibit A-2**