**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

UNIVERSITAS EDUCATION, LLC,       )
                                  )
 Petitioner/Judgment Creditor  )
                                  )
vs.                               )
                                  )
AVON CAPITAL, LLC,                )
                                  )
 Respondent/Judgment Debtor,   )
                                  )
ASSET SERVICING GROUP, LLC,       )
                                  )
 Respondent, Garnishee,        ) Case No. 14-FJ-05-HE
                                  )
SDM HOLDINGS, LLC,                )
                                  )
 Respondent/Garnishee,         )
                                  )
and                               )
                                  )
AVON CAPITAL, LLC, a Wyoming Limited)
Liability Company,                )
                                  )
 Intervenor.                   )

**PETITIONER'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Petitioner intends to file a confidential document as an exhibit in conjunction with its supplemental brief in support of its Motions for Sanctions against SDM Holdings, LLC ("SDM"). The proposed exhibits consists of payment records for counsel to a Judgment Debtor in the underlying litigation, and thus contains sensitive financial information of a non-party law firm. Petitioner accordingly brings this motion to file an exhibit under seal.

**WHEREFORE**, Petitioner respectfully requests that the Court permit Petitioner to file one exhibit under seal in conjunction with its forthcoming supplemental brief in support of its Motions for Sanctions against SDM.

Respectfully submitted,

/s/ Timothy F. Campbell_____
Joshua C. Greenhaw, OBA No. 19111
Timothy F. Campbell, OBA No. 30513
jcg@meehoge.com
tfc@meehoge.com
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
ATTORNEYS FOR UNIVERSITAS
EDUCATION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants on record:

John D. Stiner
Joseph H. Bocock
Alan Rupe
Gerald Green
Melvin McVay
Clayton Ketter
Jeffrey Sandberg

/s/ Timothy F. Campbell_____