### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
| | ) |
| Petitioner, | ) |
| vs. | )   NO.  14-fj-0005-HE |
| | ) |
| AVON CAPITAL, LLC, ET AL., | ) |
| | ) |
| Respondents. | ) |

### ORDER

The petitioner's motion for leave to file document under seal [271] is **GRANTED**. Petitioner may file its Exhibit to its supplemental brief in support of its motion for sanctions [Doc. #236] under seal.

**IT IS SO ORDERED**.

Dated this 19th day of May, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE