IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, )<br>)<br>Petitioner/Judgment Creditor  )<br>)<br>vs. )<br>)<br>AVON CAPITAL, LLC, )<br>)<br>Respondent/Judgment Debtor, )<br>)<br>ASSET SERVICING GROUP, LLC, )<br>)<br>Respondent, Garnishee, )<br>)<br>SDM HOLDINGS, LLC, )<br>)<br>Respondent/Garnishee, )<br>)<br>and )<br>)<br>AVON CAPITAL, LLC, a Wyoming Limited)<br>Liability Company, )<br>)<br>Intervenor. ) | Case No. 14-FJ-05-HE |

**PETITIONER'S MOTION FOR LEAVE TO FILE UNDER SEAL**

This Court issued a Protective Order concerning document production in this proceeding on March 18, 2016. [Doc. # 38]. The Protective Order permits documents designated as "CONFIDENTIAL" to be filed with the Court, but mandates that any such documents be filed under seal. [Doc. # 38 at ¶ 6]. Universitas Education, LLC ("Universitas") intends to file (1) a motion to apply Avon Capital, LLC's ("Avon") property toward Universitas' judgment and (2) a motion to appoint a receiver to manage

Avon. In connection with these two motions, Universitas intends to file four confidential documents as exhibits.

Universitas intends to file two confidential documents in conjunction with its forthcoming Motion to Apply Property to Judgment. One proposed exhibit consists of the document production from Asset Servicing Group, LLC in connection with the recent hearing on assets. These documents provide updated information regarding the portfolio of policies at issue in this proceeding, including a list of active policies. These documents have been marked confidential and are subject to the Protective Order in this proceeding. [*See* Doc. # 38]. The second proposed exhibit is an appraisal of this same portfolio of insurance policies. The document has been marked confidential and is subject to the Protective Order in this proceeding. [*See* Doc. # 38].

Universitas also intends to file two confidential documents in conjunction with its forthcoming Motion to Appoint Receiver for Avon. One proposed exhibit is the 2020 balance sheet for SDM Holdings, LLC. The document has been marked confidential and is subject to the Protective Order in this proceeding. [*See* Doc. # 38]. The second proposed exhibit is the Operating Agreement for SDM Holdings, LLC. The document has been marked confidential and is subject to the Protective Order in this proceeding. [*See* Doc. # 38].

Petitioner accordingly brings this motion to file four exhibits under seal.

**WHEREFORE**, Petitioner respectfully requests that the Court permit Petitioner to file four exhibits under seal in conjunction with its forthcoming motions.

                                        Respectfully submitted,

                                        /s/ Timothy F. Campbell_____
                                        Timothy F. Campbell, OBA No. 30513
                                        tfc@meehoge.com
                                        MEE HOGE PLLP
                                        50 Penn Place
                                        1900 NW Expressway, Suite 1400
                                        Oklahoma City, OK 73118
                                        Telephone: (405) 848-9100
                                        Facsimile: (405) 848-9101
                                        ATTORNEYS FOR UNIVERSITAS
                                        EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants on record:

    John D. Stiner
    Joseph H. Bocock
    Alan Rupe
    Gerald Green
    Melvin McVay
    Clayton Ketter
    Jeffrey Sandberg

                                                              /s/ Timothy F. Campbell_____