IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) NO. 14-FJ-0005-HE |
| | ) |
| AVON CAPITAL, LLC, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

For the reasons stated in the separate order entered this date, Ryan Leonard, Esq. is appointed as Receiver of Avon Capital LLC, a limited liability company formed under the laws of the State of Wyoming. The court further **ORDERS** as follows:

1. The Receiver shall have the powers and duties ordinarily held by court-appointed receivers. The Receiver is authorized to take possession of, manage, and operate Avon Capital LLC (Wyoming), its properties, and its activities in all aspects, subject to the supervision and control of the court. This includes the authority to exercise the membership rights of Avon Capital LLC (Wyoming) as to SDM Holdings, LLC, including the right to replace its manager if the receiver concludes that is appropriate.

2. The Receiver is directed to identify and take such steps as may be appropriate to preserve the assets of Avon Capital LLC (Wyoming), including the insurance policies held through SDM Holdings, LLC.

3. The Receiver is authorized to pay bills and expenses necessary to maintaining Avon Capital LLC (Wyoming) and its assets.

4. The Receiver is authorized to enter into contracts for those services necessary to aid the Receiver in the administration of the Receivership, including, if necessary, the retention of attorneys and accountants and other professionals, with the reasonable expenses incurred in connection therewith deemed to be expenses of the receivership.

5. Absent further order of the court, the Receiver's authority shall not extend to authorizing or directing, directly or indirectly, the sale or other disposition of the assets of SDM Holdings, LLC, including the insurance policies at issue in this case.

6. The Receiver shall be entitled to reasonable compensation for his efforts as receiver, with the cost thereof to be an expense of the receivership.  The compensation shall be subject to the approval of the court.  Requests for compensation shall be made monthly.

7. The Receiver is directed to file forthwith an Oath of Receiver, in substantially the form of the attachment to this order.  The Receiver is directed to file an appropriate receiver's bond, in the amount of $10,000, within seven days.

8. The Receiver serves as such, and discharges his duties under this Order, as an officer of the court.  His actions as receiver are in a representative, rather than individual, capacity.  All persons dealing with the Receiver will look only to Avon Capital LLC (Wyoming), for satisfaction of all claims against, and obligations and liabilities of, the Receiver.

9. The receiver is directed to file monthly reports of his findings and activities with the court.

10. The Receiver or any party may move to supplement and/or clarify this order of appointment as necessary and appropriate.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

UNIVERSITAS EDUCATION, LLC,     )

|  |  |  |
|---|---|---|
| Petitioner, | ) ) ) | |
| vs. | ) | NO. 14-FJ-0005-HE |
| AVON CAPITAL, LLC, *et al.*, | ) ) ) | |
| Respondents. | ) | |

## OATH OF RECEIVER

I, Ryan Leonard, the Receiver appointed by the court in the above-entitled cause on the _____ day of September, 2021, do solemnly swear as an officer of this court that I will faithfully discharge my duties as such Receiver, that I will well and faithfully account for all property and money that may come into my hands as Receiver, and that I will obey the orders of the court entered in this case.

 

_____

Ryan Leonard, Receiver

4