```
DUPLICATE

Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500087396
Cashier ID: dbeasley
Transaction Date: 09/29/2021
Payer Name: Mee Hoge PLLP
--------------------------------
TREASURY REGISTRY
 For: Ryan Leonard
 Case/Party: D-OKW-5-14-FJ-000005-001
 Amount:         $10,000.00
--------------------------------
CHECK
 Check/Money Order Num: 40731
 Amt Tendered: $10,000.00
--------------------------------
Total Due:      $10,000.00
Total Tendered: $10,000.00
Change Amt:     $0.00


Return check fee $53
```