## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNIVERSITAS EDUCATION, LLC

      Petitioner/Judgment Creditor,

v.                                           Civil Action No.: 14-FJ-05-HE

AVON CAPITAL, LLC,

      Respondent/Judgment Debtor,

ASSET SERVICING GROUP, LLC,

      Respondent/Garnishee,

SDM HOLDINGS, LLC,

      Respondent/Garnishee,

and

AVON CAPITAL, LLC, a Wyoming
Limited liability company.

      Intervenor.

## NOTICE OF REFILING OF JUDGMENT

      Timothy F. Campbell of the law firm of MEE HOGE PLLP, counsel for the Petitioner/Judgment Creditor, Universitas Education LLC, and pursuant to the Order [Doc. #240] entered herein on April 8, 2021, hereby gives notice of refiling of the Judgment that was filed in this action as follows:

DATE OF FILING WITH THE DISTRICT COURT: November 7, 2014.

AGAINST JUDGMENT DEBTORS: Daniel E. Carpenter; Grist Mill Capital, LLC; Grist Mill Holdings, LLC; Carpenter Financial Group; Avon Capital, LLC; Phoenix Capital

Management, LLC; Grist Mill Trust Welfare Benefit Plan, and any trustees and plan sponsors thereto insofar as they hold Grist Mill Trust assets; and Hanover Trust Company.

<u>JUDGMENT CREDITOR</u>: Universitas Education, LLC.

DATED this 9th day of December, 2021.

/s/ Timothy F. Campbell_____
Timothy F. Campbell, OBA No. 30513
tfc@meehoge.com
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
ATTORNEYS FOR UNIVERSITAS
EDUCATION, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants on record:

John D. Stiner
Joseph H. Bocock
Alan Rupe
Gerald Green Melvin McVay
Clayton Ketter
Jeffrey Sandberg

/s/ Timothy F. Campbell_____