# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. 14-FJ-0005-HE |
| ) | |
| AVON CAPITAL, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## CIVIL MOTION HEARING

| Judge Joe Heaton, Presiding | Date and Time: 12/21/2021 @ 1:30 p.m. to 2:30 p.m.<br>Total Time: 1 hour |
|---|---|
| Lisa Minter, Deputy Clerk | Cassy Kerr, Court Reporter |

**Counsel Appearances Plaintiff:**          **Counsel of Appearances Defendant:**

| | |
|---|---|
| Timothy Campbell, Esq.,<br>Joseph Manson, Esq., | Jeffrey Sandberg, Esq.,<br>Melvin McVay, Esq.,<br>Turner Kilcik, Esq.,<br>Clayton Ketter, Esq., |

**PROCEEDINGS HEARD**:  Hearing held the movant Universitas' motion for order approving receiver's September and October Fees and Costs [326]; Assist Servicing Group LLC's motion for order allowing interpleader of funds [330]; and Universitas' motion for release of funds [331]; counsel for the parties present; court hears arguments from counsel;

**Hearing Type**: ☒Oral Arguments; ☐Non-Evidentiary; ☐ Evidentiary; ☐ Witness testimony heard; ☐ Exhibits referenced; ☐ Other: _____;

**Proceedings**:  the court made findings from the bench; written order to follow. Court Adjourned.
☐**Other matters**: _____