# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,  )<br>  )<br>    Petitioner/Judgment Creditor,  )<br>  )<br>v.  )<br>  )<br>NOVA GROUP, INC.,  )<br>  )<br>    Respondent/Judgment Debtor,  )<br>  )<br>AVON CAPITAL, LLC,  )<br>  )<br>    Respondent/Judgment Debtor,  )<br>  )<br>ASSET SERVICING GROUP, LLC,  )<br>  )<br>    Respondent/Garnishee,  )<br>  )<br>SDM HOLDINGS, LLC,  )<br>  )<br>    Respondent/Garnishee,  )<br>  )<br>and  )<br>  )<br>AVON CAPITAL, LLC, a Wyoming Limited  )<br>Liability Company,  )<br>  )<br>    Intervenor.  ) | Case No. 14-FJ-05-HE |

## RECEIVER'S REPORT
## <u>JANUARY 2022</u>

    COMES NOW Ryan Leonard, Receiver of Avon Capital, LLC, a Wyoming limited liability company ("Avon Capital"), and pursuant to this Court's Order [Doc. No. 311],

submits this Receiver's Report on the status of findings and activities of the Receiver in January 2022:

1. On September 22, 2021, this Court entered an Order appointing the undersigned as the Receiver for Avon Capital [Doc. No. 311]. Pursuant to the Court's Order, the Receiver is instructed to file monthly reports of the Receiver's findings and activities.

2. This Court's previous orders in this matter indicate that Avon Capital is the sole member of SDM Holdings LLC ("SDM"), which is a named beneficiary of approximately 300 life insurance policies, as well as a bank account held for the benefit of SDM by Asset Servicing Group, LLC ("ASG").

3. During the month of January 2022, the Receiver worked with counsel and with the Manager of SDM to make application to the Court for approval of a distribution from SDM to Avon Capital.

4. The Receiver is in the process of establishing a bank account at NBC Bank for the purpose of depositing funds coming into the Avon Capital receivership estate and making payments from the receivership estate.

5. The Receiver also met with the Manager of SDM to arrive at a fair compensation arrangement for the Manager. The Receiver requested his counsel to issue a Notice of the compensation arrangement, so all interested parties would be able to object or comment on the arrangement.

6. The Receiver and Receiver's counsel continued communications with Jeff Sandberg regarding his representation of SDM and/or other interested parties.

7.      Overall, the Receiver continues to actively monitor the premium payments and management of the life insurance policies owned by SDM and for which SDM is the named beneficiary.

Dated: February 17, 2022.

Respectfully submitted,

s/ Ryan Leonard
Ryan Leonard, Receiver
6301 N. Western Ave., Suite 250
Oklahoma City, OK  73118
(405) 702-9900
Rleonard@elbattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Heidi J. Long
Heidi J. Long, Attorney for the Receiver