IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | NO. 14-FJ-0005-HE |
| AVON CAPITAL, LLC, *et al.*, | ) ) ) | |
| Respondents. | ) | |

**ORDER**

The Receiver's motion for approval of distribution [Doc. #422], the motions of various entities to quash and/or for protective order [Doc. Nos. 427, 428, and 429], and the Receiver's motion for approval of September costs and fees [Doc. #431] are set for hearing on **December 1, 2022, at 10:00 a.m**. in Courtroom No. 501. The parties and those claiming an interest in this proceeding should also be prepared to address the circumstances surrounding the filing of the tax return for SDM, the principal asset of the receivership estate.

**IT IS SO ORDERED**.

Dated this 8th day of November, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE