# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) | |
| ) Plaintiff, ) | |
| vs. ) | NO. 14-FJ-0005-HE |
| ) | |
| AVON CAPITAL, LLC, ET AL., ) | |
| ) Defendants. ) | |

## CIVIL MOTIONS DOCKET

| Judge Joe Heaton, Presiding | Date and Time: 12/01/2021 @ 10:00 a.m. to 11:00 a.m. Total Time: 1 hour |
|---|---|
| Lisa Minter, Deputy Clerk | Susan Fenimore, Court Reporter |

| **Counsel Appearances Plaintiff:** | **Counsel of Appearances Defendant:** |
|---|---|
| Timothy Campbell, Esq., Joseph Manson, Esq., | Jeffrey Sandberg, Esq., Nanette Kalcik, Esq., Heide Long, Esq., Ryan Leonard, Esq., Receiver John Stiner, Esq., |

**PROCEEDINGS HEARD**: Hearing held on motion [422] 4th motion for order approving distribution by Receiver; [427] SDM Holdings LLC's motion to quash; motion [428] Avon Capital LLC's motion for protective order; motion [429] SDM Holdings LLC's amended motion to quash subpoenas; and motion [431] for order approving payment of September fees and costs of Receiver; the court hears oral argument from counsel; the court grants motions [422], [427], [428], [429] and [431].

**Hearing Type**: ☒Oral Arguments; ☒Non-Evidentiary; ☐ Evidentiary; ☐ Witness testimony heard; ☐ Exhibits referenced;
☐ Other: _____;
**Proceedings**: the court makes findings from the bench; written order to follow.

<u>Court Adjourned.</u>