# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
| Petitioner, | ) ) ) |
| vs. | ) NO. 14-FJ-0005-HE ) |
| AVON CAPITAL, LLC, *et al.*, | ) ) |
| Respondents. | ) |

## **ORDER**

Before the court is the Receiver's application for approval of payment for January costs and fees. Interested Parties Phoenix Charitable Trust and SDM-CT and intervenor Avon Capital, LLC have filed oppositions to the request. The interested parties reassert their previous arguments that distribution of SDM Holding funds is improper for various reasons and that the appointment of the receiver in this case was improper.

For substantially the same reasons as stated in the court's prior orders approving the distribution and payment receiver's fees and costs [Doc. #367, *et al.*], the court concludes the various general objections do not justify denial of the present motion.

Accordingly, the Receiver's Application for Order Approving Payment [Doc. #460] is **GRANTED**. Receiver's fees and costs in the amount of $5,370.76, as set forth in the motion, are approved and may be paid from the receivership estate.

**IT IS SO ORDERED**.

Dated this 20th day of March, 2023.

                                                _____
                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE