# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| Petitioner/Judgment Creditor, | ) ) ) | |
| v. | ) ) | Case No. 14-FJ-05-HE |
| NOVA GROUP, INC., | ) ) | |
| Respondent/Judgment Debtor, | ) ) | |
| AVON CAPITAL, LLC, | ) ) | |
| Respondent/Judgment Debtor, | ) ) | |
| ASSET SERVICING GROUP, LLC, | ) ) | |
| Respondent/Garnishee, | ) ) | |
| SDM HOLDINGS, LLC, | ) ) | |
| Respondent/Garnishee, | ) ) | |
| and | ) ) | |
| AVON CAPITAL, LLC, a Wyoming Limited Liability Company, | ) ) ) ) | |
| Intervenor. | ) | |

**RECEIVER'S REPORT**
**FEBRUARY 2023**

COMES NOW Ryan Leonard, Receiver of Avon Capital, LLC, a Wyoming limited liability company ("Avon Capital"), and pursuant to this Court's Order [Doc. No. 311],

submits this Receiver's Report on the status of findings and activities of the Receiver in February 2023:

1. On September 22, 2021, this Court entered an Order appointing the undersigned as the Receiver for Avon Capital [Doc. No. 311]. Pursuant to the Court's Order, the Receiver is instructed to file monthly reports of the Receiver's findings and activities.

2. This Court's previous orders in this matter indicate that Avon Capital is the sole member of SDM Holdings LLC ("SDM"), which is a named beneficiary of approximately 300 life insurance policies, as well as a bank account held for the benefit of SDM by Asset Servicing Group, LLC ("ASG").

3. During the month of February 2023, the Receiver reviewed and monitored pleadings filed within the captioned litigation.

4. The Receiver received notice of a class action settlement and communicated with counsel for the various parties to determine their position on whether the SDM Manager should take any action.

5. In February, the Receiver continued to work with an accountant regarding the proper handling of the 2021 SDM tax return.

6. Additionally, the Receiver communicated with the Manager of SDM to keep updated on the status of all premium payments and other expenses, as well as all policy maturities.

7. Overall, the Receiver continues to actively manage the life insurance policies and monitor the premium payments from the ASG bank account.

Dated: March 24, 2023.

Respectfully submitted,

s/ Ryan Leonard
Ryan Leonard, Receiver
6301 N. Western Ave., Suite 250
Oklahoma City, OK 73118
(405) 702-9900
Rleonard@elbattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Heidi J. Long
Heidi J. Long, Attorney for the Receiver