### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> AVON CAPITAL, LLC, *et al.*, ) <br> ) <br> Respondents. ) | NO. 14-FJ-0005-HE |

## **ORDER**

Before the court is the Receiver's application for approval of a distribution from SDM Holding, LLC to Avon Capital, LLC. The interested parties essentially reassert their previous arguments that distribution of SDM Holding funds is improper for various reasons and that the appointment of the receiver in this case was improper.

For substantially the same reasons as stated in the court's prior order requiring approval of SDM distributions to its member [Doc. #353] and in those orders approving the distribution and payment receiver's fees and costs [Doc. #367, *et al.*], the court concludes the various general objections do not justify denial of the present motion. Further, the cash position of SDM as stated by the Receiver and the SDM manager appears to easily cover both the contemplated distribution and other expected expenses of SDM.

Accordingly, the Receiver's Application for Order Approving Distribution [Doc. #463] is **GRANTED**. The manager of SDM is authorized to make a distribution to its member Avon Capital, LLC, in receivership, in the amount of $10,855.00.

**IT IS SO ORDERED**.

Dated this 4th day of April, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE