# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, et al., | ) ) ) ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) Case No. 14-FJ-05-HE |
| NOVA GROUP, INC., et al. | ) ) ) ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Receiver,__ , __Ryan Leonard__ .
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Ryan Leonard          April 21, 2023
Signature                           Date

Ryan Leonard
Print Name

Edinger, Leonard & Blakley, PLLC
Firm

6301 N. Western Ave., Ste. 250
Address

Oklahoma City, OK 73118
City          State          Zip Code

(405) 702-9900
Telephone

rleonard@elbattorneys.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on April 21, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Ryan Leonard
s/ Attorney Name