## EDINGER LEONARD & BLAKLEY PLLC

6301 N. WESTERN AVE.
SUITE 250
OKLAHOMA CITY, OK 73118-2101

(405) 702-9900

**Universitas Education, LLC**
Receivership, CIV-14-FJ-05-HE

Statement Date: July 25, 2023
Statement No.: 8117
Account No.: 1707.00
Page: 1

Payments received after 07/25/2023 are **not** included on this statement.

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/2023 | RTL | Review of multiple follow-up with ASG re: policy maturity, conversion update; Follow-up with SDM Manager re: policy maturities (.2); Review of Court's Order granting Receiver authority to obtain loans against policies (.1); Analysis of current available funds, funds to be received from policy maturity, follow-up with ASG re: same, availability of proceeds to pay ongoing fees and expenses, timing of loans (if required)(.3) | 0.60 | 165.00 |
| 06/05/2023 | RTL | Follow-up with SDM manager re: maturity status (.1); Multiple correspondence with A. Rupe, N. Turner-Kalcik, J. Sandberg re: loans against policies (.3); Review draft of April Receiver's Report (.1); Follow-up with Receiver's counsel re: [redacted] (.1) | 0.60 | 165.00 |
| 06/06/2023 | RTL | Review and analysis of Interested Party's Objection to Receiver's March fees and expenses | 0.10 | 27.50 |
| 06/07/2023 | RTL | Multiple correspondence with Avon Capital, Interested Party's counsel re: request for communications | 0.20 | 55.00 |
| | RTL | Receive maturity notification from ASG; Follow-up with SDM Manager re: same | 0.20 | 55.00 |
| 06/08/2023 | RTL | Multiple follow-up with SDM Manager re: policy maturities status, pending maturities (.3); Review and analysis of draft of April application for fees and expenses (Receiver, accountant, counsel); Review of associated invoices for submission, follow-up with Receiver's counsel re: [redacted] (.2); Follow-up with ASG re: timing of maturity receipt, sufficiency of funds to pay July premiums and expenses (.2) | 0.70 | 192.50 |
| 06/12/2023 | RTL | Review and analysis of Avon Capital (Wyoming)'s objection to Receiver's Application for approval of payment of March fees and costs (.2); Follow-up with SDM Manager re: status of request to review policies to obtain loans to fund July 2023 premiums and expenses ($11,000 shortfall in premiums)(.1); Receive correspondence from ASG re: June invoice and July premium projections, further analysis of same (.3) | 0.60 | 165.00 |
| | RTL | Receive correspondence from ASG re: maturity proceeds status; Follow-up | | |

| | | | | Hours | |
|---|---|---|---|---|---|
| Universitas Education, LLC | | | Statement Date: 07/25/2023 | | |
| Account No.    1707.00 | | | Statement No.    8117 | | |
| | | | Page No.    2 | | |

| Date | TK | Description | | Hours | Amount |
|---|---|---|---|---|---|
| | | correspondence with ASG, all interested counsel re: request to take loans against policies to cover July 2023 premiums and expenses pending receipt of maturities | | 0.40 | 110.00 |
| 06/14/2023 | RTL | Conference with ASG counsel re: loan against policies, additional information needed (.2) | | 0.20 | 55.00 |
| 06/16/2023 | RTL | Multiple follow-up with SDM Manager re: response to request from insured | | 0.20 | 55.00 |
| 06/20/2023 | RTL | Review of multiple correspondence with ASG, SDM manager re: policy loans; Review of policy spreadsheet; Multiple follow-up with SDM manager re: same, analysis of loan options, premiums and expense projections, timing of receipt of maturities, etc. | | 1.40 | 385.00 |
| 06/21/2023 | RTL | Review and analysis of updated maturity summary (.1); Review of correspondence from SDM Manager to ASG re: loans on specific policies (.1); Follow-up with all counsel re: update on specific policy loans, basis for same (.4) | | 0.60 | 165.00 |
| 06/22/2023 | RTL | Review of correspondence from ASG re: maturity | | 0.10 | 27.50 |
| | RTL | Review of multiple follow-up with ASG, SDM Manager re: loan applications | | 0.10 | 27.50 |
| 06/26/2023 | RTL | Review of Interested Party's Objection to Receiver's April 2023 fees and expenses; Multiple follow-up with SDM Manager re: loan applications status | | 0.40 | 110.00 |
| 06/27/2023 | RTL | Multiple additional follow-up with SDM manager re: loan proceeds, timing of receipt of same for payment of July premiums and expenses; Further review of invoices, bank account info, etc.; Follow-up with ASG re: payment of July premiums and expenses | | 0.50 | 137.50 |
| 06/28/2023 | RTL | Multiple follow-up correspondence with ASG re: loan status; Follow-up conference with SDM Manager re: same; Review of due dates for policies; Additional follow-up with ASG re: same, ensuring timely payment on all policies | | 0.60 | 165.00 |
| 06/29/2023 | RTL | Review multiple follow-up re: loan proceeds receipt | | 0.10 | 27.50 |
| | | For Current Services Rendered | | 7.60 | 2,090.00 |

Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan T. Leonard | 7.60 | $275.00 | $2,090.00 |

Expenses

| 06/30/2023 | Attorney Fees: H. Long - see attached invoice | 390.00 |
|---|---|---|
| | Total Expenses | 390.00 |
| | Total Current Work | 2,480.00 |

# EDINGER LEONARD & BLAKLEY PLLC

6301 N. WESTERN AVE.
SUITE 250
OKLAHOMA CITY, OK 73118-2101

(405) 702-9900

Ryan Leonard, Receiver
Receivership, CIV-14-FJ-05-HE

Statement Date: July 10, 2023
Statement No. 8092
Account No. 1711.00
Page: 1

RE: Universitas

Payments received after 07/10/2023 are not included on this statement.

## Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2023 | HJL | Prepare April Report and draft Application for April Fees and Costs. | 0.40 | 130.00 |
| 06/08/2023 | HJL | File April Report. | 0.30 | 97.50 |
| 06/12/2023 | HJL | Review latest Phoenix objection to Receiver's Application for Fees and Costs. | 0.10 | 32.50 |
| 06/13/2023 | HJL | Attention to email correspondence between Receiver and Avon attorney. | 0.10 | 32.50 |
| | HJL | File Application for April Fees and Costs. | 0.20 | 65.00 |
| | HJL | Review of email correspondence re: policy loans. | 0.10 | 32.50 |
| | | For Current Services Rendered | 1.20 | 390.00 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Heidi Long | 1.20 | $325.00 | $390.00 |

Total Current Work — 390.00