IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | NO. 14-FJ-0005-HE |
| AVON CAPITAL, LLC, | ) ) ) | |
| Respondent. | ) | |

# **ORDER**

The court's order entered July 13, 2023, [Doc. #500] is reaffirmed and considered reentered as of the date of this order.

**IT IS SO ORDERED**.

Dated this 7th day of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE