## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>    Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>    Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>    Respondent/Garnishee<br><br>and<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br>    Intervenor. | Case No. 14-FJ-5-HE |

## LIMITED ENTRY OF APPEARANCE
## FOR THE SOLE PURPOSE OF OPPOSING JURISDICTION

Alan L. Rupe of the law firm of Lewis Brisbois Bisgaard & Smith LLP enters his limited entry of appearance as counsel of record on behalf of Intervenor Avon Capital, LLC, a Wyoming Limited Liability Company, for the sole purpose of opposing jurisdiction.

/s/ Alan L. Rupe
Alan L. Rupe, OBA No. 20440
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  316-609-7900
Facsimile:   316-462-5746

*Attorney for Intervenor Avon Capital, LLC, a Wyoming limited liability company*

128066442.1

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2023, I electronically filed the above Limited Entry of Appearance, using the CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to the counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe
