IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>    Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>    Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>    Respondent/Garnishee<br><br>and<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br>    Intervenor. | Case No. 14-FJ-5-HE |

**AVON CAPITAL, LLC, A WYOMING LIMITED
LIABILITY COMPANY'S MOTION TO DISMISS**

    Avon Capital, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(1), and (2), moves this Court to dismiss this action for lack of subject matter jurisdiction and personal matter jurisdiction. This motion is supported by a Memorandum in Support, filed simultaneously herewith.

    /s/ Alan L. Rupe
    Alan L. Rupe, OBA No. 20440
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    1605 N. Waterfront Parkway, Suite 150
    Wichita, KS 67206
    Telephone:  316-609-7900
    Facsimile:   316-462-5746

    *Attorney for Avon Capital, LLC, a Wyoming limited liability company*

## CERTIFICATE OF SERVICE

  I certify that on August 14, 2023, I electronically filed the above Motion to Dismiss, using the CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to the counsel of record.

            /s/ Alan L. Rupe
            Alan L. Rupe