## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>    Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>    Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>    Respondent/Garnishee<br><br>And<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br>    Intervenor. | Case No. 14-FJ-5-HE |

## LIMITED ENTRY OF APPEARANCE
## FOR THE SOLE PURPOSE OF OPPOSING JURISDICTION

    Gerald P. Green of the law firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P. enters his limited entry of appearance as counsel of record on behalf of Intervenor Avon Capital, LLC, a Wyoming Limited Liability Company, for the sole purpose of opposing jurisdiction.

Respectfully submitted,

_____
Gerald P. Green, OBA #03563
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, Oklahoma 73126
Telephone:    405-235-1611
Facsimile :    405-235-2904
Email: jgreen@piercecouch.com
*Attorney for Intervenor Avon Capital, LLC,*
*A Wyoming limited liability company*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 14, 2023,** I electronically transmitted the attached Limited Entry of Appearance, using the CM/ECF System.  Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to the counsel of record.

_____
Gerald P. Green