# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 14-FJ-00005-HE |
| AVON CAPITAL, LLC, ET AL., | ) | |
| Defendants. | ) | |

## CIVIL PRETRIAL CONFERENCE

| **Judge Joe Heaton, Presiding** | Date and Time: **08/15/2023 @ 1:30 p.m. to 2:45 p.m.**<br>Total Time: **1.15 hours** |
|---|---|
| Lisa Minter, Deputy Clerk | Susan Fenimore, Court Reporter |

| **Appearances of Counsel for plaintiffs:** | **Appearances of Counsel for defendant:** |
|---|---|
| Joseph Mason, Esq., and Joshua Greenhaw, Esq., | Alan Rupe, Esq., Jeffrey Sandberg, Esq., and John Stiner, Esq., |

**PROCEEDINGS**: Pretrial Conference held before the court on 08/15/2023.

**Hearing Type**: ☒Oral Arguments; ☒ Non-Evidentiary; ☐ Evidentiary; ☐ Witness Testimony heard; ☐ Exhibits referenced;
☐ Other: _____.

**Proceedings**: Counsel for the parties present. The court hears oral arguments from counsel as to the recent judgment issued by the 10th Circuit Court of Appeals as to the court's subject matter jurisdiction. The court re-acquires jurisdiction in this case. Effective upon issuance of the Mandate by the 10th Circuit the court denies the pending motions to dismiss [Doc. Nos. 516 and 517] and readopts the Report and Recommendations by Magistrate Judge Suzanne Mitchell. The court invites supplemental briefing on the pending sanction motions with 21 days from the date Mandate is filed. **Court Adjourned**.