# TRANSCRIPT ORDER FORM - INSTRUCTIONS ON REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: Universitas Education LLC v. Nova Group Inc   District Court Number: FJ-14-05-HE
District: Western District of Oklahoma   Circuit Court Number: 23-6125
Name of Attorney/Pro Se Party: Jeffrey R. Sandberg   Email Address: jsandberg@pamlaw.com
Name of Law Firm/Office: Palmer Lehman Sandberg, PLLC   Telephone: 214-242-6444
Address: 8350 N. Central Expressway, Suite 1111, Dallas, Texas 75206
  Attorney for: SDM Holdings, LLC
  Name of Court Reporter: N/A
Name of Court Reporter (if ordering from more than one): N/A

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
  **X** A transcript is not necessary for this appeal;
  [] The necessary transcript is already on file in District Court; or
  [] The necessary transcript was ordered previously in appeal
    number _____

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
  (Specify the date and proceeding in the space below)

Voir dire: _____          Opening          Statements: _____
Trial proceedings: _____  Closing          Arguments: _____
Jury Instructions: _____  Other            Proceedings: _____
Post-Trial Hearings: _____   Other Proceedings: _____

  (Attach additional pages if necessary)

  [] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

  [] This case is proceeding under the Criminal Justice Act.
    IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

  **NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: /s/ Jeffrey R. Sandberg     Date: 09/19/2023

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

  Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____          Date: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Transcript Order Form was served on September 19, 2023 via CMECF and email as follows:

Timothy F. Campbell, Esq. (tfc@meehoge.com)
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
Attorneys for Universitas Education, LLC

Alan L. Rupe, Esq. (alan.rupe@lewisbrisbois.com)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7900
Facsimile: 316-462-5746
Attorneys for Avon Capital, LLC,
a Wyoming limited liability company

    /s/ Jeffrey R. Sandberg