UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 28, 2023

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:** **21-6044, 21-6049, 21-6133, 21-6134, Universitas Education v. Avon Capital, et al**
Dist/Ag docket: 5:14-FJ-00005-HE

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's August 4, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Joseph H. Bocock
Joshua Clark Greenhaw
Nanette Turner Kalcik
Clayton D. Ketter
Joseph L. Manson III
Melvin R. McVay Jr.
Alan L. Rupe
Jeffrey R. Sandberg
Francis Schneider
John Douglas Stiner

CMW/sls