IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. 14-FJ-0005-HE |
| ) | |
| AVON CAPITAL, LLC, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## OATH OF RECEIVER

I, Ryan Leonard, the Receiver appointed by the court in the above-entitled cause on the __8th__ day of January, 2024, do solemnly swear as an officer of this court that I will faithfully discharge my duties as such Receiver, that I will well and faithfully account for all property and money that may come into my hands as Receiver, and that I will obey the orders of the court entered in this case.

_____
Ryan Leonard, Receiver

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE