IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) |
| Petitioner/Judgment Creditor, | ) |
| v. | ) |
| AVON CAPITAL, LLC, | ) |
| Respondent/Judgment Debtor, | ) |
| ASSET SERVICING GROUP, LLC, | ) |
| Respondent/Garnishee, | ) Case No. 14-FJ-05-HE |
| SDM HOLDINGS, LLC, | ) |
| Respondent/Garnishee, | ) |
| and | ) |
| AVON CAPITAL, LLC, a Wyoming Limited Liability Company, | ) |
| Intervenor. | ) |

## BOND OF RECEIVER

**KNOW ALL MEN BY THESE PRESENTS:**

That Ryan Leonard ("Receiver") is held and firmly bound unto the aforesaid parties set forth in the above caption of the case, in this cause, in the sum of $10,000.00 ("Surety Amount"). This Surety Amount has been placed on deposit in cash by Universitas Education, LLC, with the Clerk of the Court for the United States District Court in the Western District of Oklahoma. I bind myself, my heirs, executors and administrators by these presents in the amount of $10,000.00, as set forth above.

**WHEREAS,** by an Order made the 4th day of January, 2024, in the above entitled action, Ryan Leonard was appointed Receiver as set forth in said Order.

**NOW, THEREFORE,** the condition of this obligation is such that if the Receiver shall faithfully discharge the duties of said office in all things according to the true intent and meaning of the Order [Doc. No. 565] and shall obey the order of the Court, then this obligation shall be void and the Surety Amount shall, upon application, be returned to Universitas Education, LLC; otherwise, said bond to be in full force and effect.

Dated this 8th day of January, 2024.

"RECEIVER"
Ryan Leonard

_____

Approved this 9th day of January, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE