## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>    Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>    Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>    Respondent/Garnishee<br><br>and<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br>    Intervenor. | Case No. 14-FJ-5-HE |

## NOTICE OF APPEAL

Avon Capital, LLC, a Wyoming Limited Liability Company, ("Avon Capital-WY") hereby appeals to the United States Court of Appeals for the Tenth Circuit from the orders entered by the District Court in this action on January 4, 2024 (Docs. 564 and 565) (orders related to receivership, reappointment of receiver, and compensation of receiver).

                                                     /s/ Alan L. Rupe
                                                   Alan L. Rupe, OBA No. 20440
                                                   LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                   1605 N. Waterfront Parkway, Suite 150
                                                   Wichita, KS 67206
                                                   Telephone:   316-609-7900
                                                   Facsimile:   316-462-5746
                                                   alan.rupe@lewisbrisbois.com

134079923.1

## CERTIFICATE OF SERVICE

    I certify that on January 9, 2024, I electronically filed the above Notice of Appeal using the CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

>/s/ Alan L. Rupe
>_____
>Alan L. Rupe