## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Petitioner/Judgment Creditor, | ) | |
| | ) | |
| v. | ) | Case No. 14-FJ-05-HE |
| | ) | |
| NOVA GROUP, INC., | ) | |
| | ) | |
| Respondent/Judgment Debtor, | ) | |
| | ) | |
| AVON CAPITAL, LLC, | ) | |
| | ) | |
| Respondent/Judgment Debtor, | ) | |
| | ) | |
| ASSET SERVICING GROUP, LLC, | ) | |
| | ) | |
| Respondent/Garnishee, | ) | |
| | ) | |
| SDM HOLDINGS, LLC, | ) | |
| | ) | |
| Respondent/Garnishee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AVON CAPITAL, LLC, a Wyoming Limited Liability Company, | ) | |
| | ) | |
| Intervenor. | ) | |

### CHANGE OF FIRM NAME AND EMAIL ADDRESS

To the Clerk of this court and all parties of record:

Please note the change of firm name and email address for the Receiver in the above-styled case. The Receiver's firm is now known as Leonard, Long & Cassil, PLLC.

DATED:  January 26, 2024

                Respectfully submitted,

                s/ Ryan Leonard
                Ryan Leonard, OBA #19155
                Leonard, Long & Cassil, PLLC
                6301 N. Western, Suite 250
                Oklahoma City, OK  73118
                (405) 803-8343
                rleonard@llc-attorneys.com

                ***Receiver***

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                s/ Ryan Leonard
                Ryan Leonard