# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) <br> ) <br> Petitioner/Judgment Creditor, ) <br> ) <br> v. ) <br> ) <br> NOVA GROUP, INC., ) <br> ) <br> Respondent/Judgment Debtor, ) <br> ) <br> AVON CAPITAL, LLC, ) <br> ) <br> Respondent/Judgment Debtor, ) <br> ) <br> ASSET SERVICING GROUP, LLC, ) <br> ) <br> Respondent/Garnishee, ) <br> ) <br> SDM HOLDINGS, LLC, ) <br> ) <br> Respondent/Garnishee, ) <br> ) <br> and ) <br> ) <br> AVON CAPITAL, LLC, a Wyoming Limited ) <br> Liability Company, ) <br> ) <br> Intervenor. ) | Case No. 14-FJ-05-HE |

## **CHANGE OF FIRM NAME AND EMAIL ADDRESS**

To the Clerk of this court and all parties of record:

Please note the change of firm name and email address for counsel for receiver in the above-styled case. Counsel for receiver's firm is now known as Leonard, Long & Cassil, PLLC.

DATED:  January 26, 2024

Respectfully submitted,

s/ Heidi J. Long
Heidi J. Long, OBA #17667
Leonard, Long & Cassil, PLLC
6301 N. Western, Suite 250
Oklahoma City, OK  73118
(405) 803-8343
hlong@llc-attorneys.com

***Attorney for Receiver***

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Heidi J. Long
Heidi J. Long