# AGREEMENT AND PLAN OF MERGER
# FOR
# SDM HOLDINGS, LLC

THIS AGREEMENT AND PLAN OF MERGER is made and entered into as of this 30th day of June 2017, by and among SDM Holdings, LLC, a limited liability company organized and existing under the laws of the State of Connecticut having an office at 35 Tower Lane, Avon, CT. 06001 (the "Surviving LLC"), and SDM Holdings, LLC, a limited liability company organized and existing under the laws of the State of Oklahoma also having an office at 35 Tower Lane, Avon, CT. 06001 (the "Merging LLC").

WHEREAS, the respective Members of the Surviving LLC and the Merging LLC have deemed it advisable and to the advantage of the parties that the Merging LLC merge into the Surviving LLC upon the terms and conditions herein provided; and

WHEREAS, the Surviving LLC and the Merging LLC intend that the merger contemplated hereby qualify as a tax-free reorganization within the meaning of Section 368(a)(1) of the Internal Revenue Code of 1986, as amended; and

WHEREAS, the respective Members of the Surviving LLC and the Merging LLC are identical and have approved this Agreement and Plan of Merger in accordance with the law of the State of Connecticut;

NOW, THEREFORE, in consideration of the mutual agreements and covenants set forth herein, the Surviving LLC and the Merging LLC hereby agree to merge in accordance with the following plan:

1. **Merger.** The Merging LLC shall be merged with and into the Surviving LLC, and the Surviving LLC shall survive the merger, all as, and with the effect, provided by the laws of the State of Connecticut and this Agreement and Plan of Merger. As soon as practicable after the Members of each LLC shall approve this Agreement and Plan of Merger, an appropriate Certificate of Merger shall be signed, verified, and made available for filing with the Secretary of State for the State of Connecticut if that becomes necessary. This Agreement and Plan of Merger shall become effective for all purposes of all applicable laws at the close of business on June 30th, 2017.

Exhibit 2   Page 1 of 4

**EXHIBIT 1**

2. **Directors and Officers and Governing Documents.** The directors and officers of the Surviving LLC shall be the same upon the Effective Date as they are for the Surviving LLC immediately prior thereto. The Articles of Organization of the Surviving LLC shall continue to be the Articles of Organization of the Surviving LLC as the Surviving LLC without change or amendment until further amended in accordance with the provisions thereof and applicable laws. The Operating Agreement of the Surviving LLC, as in effect at the Effective Date, shall continue to be the Operating Agreement of the Surviving LLC as the Surviving LLC without change or amendment until further amended in accordance with the provisions thereof and applicable laws.

3. **Rights and Liabilities of Merging LLC.** At and after the Effective Date, the Surviving LLC shall possess all of the rights, privileges, immunities and franchises of a public and private nature of the Merging LLC; any and all property, real, personal and mixed, and any and all debts due the Merging LLC on whatever account, and all other choses in action, and all and every other interest of either of the Merging LLC shall be taken and transferred to and vested in the Surviving LLC without further act or deed; and the title to any life insurance policies, or any other interest therein vested in any of the LLCs shall not prevent or be in any way impaired by reason of the merger.

4. **Further Assurances.** From time-to-time, as and when required by the Surviving LLC, there shall be executed and delivered on behalf of the Merging LLC such titles, deeds, and other instruments, and there shall be taken or caused to be taken by it all such further and other action, as shall be appropriate or necessary in order to vest, perfect or confirm, of record or otherwise, in the Surviving LLC the title to and possession of powers, franchises and authority of each of the Merging LLC and otherwise to carry out the purposes of this Agreement and Plan of Merger, and the Members of the Surviving LLC are fully authorized in the name and on behalf of the Merging LLC or otherwise to take any and all such action and to execute and deliver any and all such deeds and other instruments.

5. **Membership Interests in the Merging LLC.** Because the membership interests are identical, upon the Effective Date, by virtue of this Agreement and Plan of Merger, and without any action on the part of the holder thereof, each membership and economic interest in the Merging LLC held as of record immediately prior thereto shall be changed and converted into an equivalent membership and economic interest in the Surviving LLC.

6. **Membership Interests in the Surviving LLC.** Upon the Effective Date, by virtue of this Agreement and Plan of Merger, and without any action on the part of the holder thereof, each membership and economic interest in the Surviving LLC outstanding immediately prior thereto shall retain the status of a membership or economic interest in the Surviving LLC.

Exhibit 2   Page 2 of 4

**EXHIBIT 1**

**7. IRS EIN and Tax ID Number.** As of the Effective Date, the Surviving LLC shall assume all tax obligations of the Merging LLC and shall continue to file tax returns under the Tax ID Number and EIN of the Merging LLC.

**8. Book Entries.** As of the Effective Date, the assets, liabilities and capital accounts of the Merging LLC immediately prior to the Effective Date shall be recorded on the books of the Surviving LLC at the same amounts at which they were carried on the books of the Merging LLC immediately prior to the Effective Date.

**9. Counterparts.** In order to facilitate the filing and recording of this Agreement and Plan of Merger, the same may be executed in two or more counterparts, each of which shall be deemed to be an original and the same agreement.

IN WITNESS WHEREOF, each of the parties hereto, pursuant to authority granted by the Members of each of the Merging LLC and the Surviving LLC has caused this Agreement and Plan of Merger to be executed by its Managing Member, as of the date first above written.

**SDM Holdings, LLC Oklahoma By Its Managing Member**

By: Caroline Financial Group, Inc.

/s / Daniel E. Carpenter
Daniel E. Carpenter
Chairman
35 Tower Lane
Avon, CT. 06001

**SDM Holdings, LLC Connecticut By Its Managing Member**

By: Caroline Financial Group, Inc.

/s / Daniel E. Carpenter
Daniel E. Carpenter
Chairman
35 Tower Lane
Avon, CT. 06001

Exhibit 2   Page 3 of 4

**EXHIBIT 1**

# State of Connecticut

## Certification of Merger of a Foreign Limited Liability Company into a Domestic Limited Liability Company

Pursuant to CGS Chapter 613 Section 34-243 of the Connecticut Limited Liability Company Act.

**First:** The name of the surviving Limited Liability Company is SDM Holdings, LLC, a Connecticut Limited Liability Company.

**Second:** The name of the Limited Liability Company being merged into this surviving Limited Liability Company is SDM Holdings, LLC. The jurisdiction in which this Limited Liability Company was formed is Oklahoma.

**Third:** The Agreement of Merger has been approved and executed by both Limited Liability Companies.

**Fourth:** The name of the surviving Limited Liability Company is SDM Holdings, LLC.

**Fifth:** The executed agreement of merger is on file at Caroline Financial Group, Inc., 35 Tower Lane, Avon, CT. 06001, the principal place of business of the surviving Limited Liability Company.

**Sixth:** A copy of the agreement of merger will be furnished by the surviving Limited Liability Company on request, without cost, to any member of the Limited Liability Company or any person holding an interest in any other business entity which is to merge or consolidate.

**IN WITNESS WHEREOF,** said Limited Liability Company has caused this certificate to be signed by an authorized person, this 30th day of June, 2017.

SDM Holdings, LLC
By Caroline Financial Group, Inc.
Its Managing Member

By: _____
Daniel E. Carpenter
Chairman and duly authorized officer of Caroline Financial Group, Inc.

Exhibit 2   Page 4 of 4

**EXHIBIT 1**