# LEONARD, LONG & CASSIL, PLLC

*6301 N. WESTERN AVE.*
*SUITE 250*
*OKLAHOMA CITY, OK 73118-2101*

(405) 702-9900

| | |
|---|---|
| Universitas Education, LLC | Statement Date: February 13, 2024 |
| Receivership, CIV-14-FJ-05-HE | Statement No. 8577 |
| | Account No. 1707.00 |
| | Page: 1 |

*Payments received after 02/13/2024 are **not** included on this statement.*

### Fees

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 01/04/2024 | RTL | Review and analysis of Court's Orders re: multiple matters, appointment of Receiver (.5); Multiple follow-up with Receiver's counsel re: ▬ (.3); Additional follow-up re: SDM Management (.2) | 1.00 | 325.00 |
| 01/05/2024 | RTL | Follow-up correspondence with Universitas' counsel re: Receiver's bond | 0.20 | 65.00 |
| | RTL | Strategy conference with Receiver's counsel re: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.40 | 130.00 |
| 01/08/2024 | RTL | Conference with Universitas counsel re: receivership Order, bond (.2); Review Oath of Receiver and approve same (.1); Conference with U.S. District Court Clerk's office re: bond (.2); Review and edit draft of Bond (.2); Additional follow-up re: finalizing Oath and Bond, file same (.3) | 1.00 | 325.00 |
| 01/09/2024 | RTL | Further review of receivership Order re: SDM manager (.1); Review of documentation, authorities re: prior replacement of manager (.4); Strategy conference with Receiver's counsel re: ▬ (.2); Correspond with counsel for ASG re: receivership appointment (.2); Draft/edit Removal and Appointment of Manager(s) of SDM Holdings, LLC, file same with Court (.6); Review of Notice of Appeal of Court's Orders (.1); Additional follow-up with ASG counsel re: replacement of SDM Manager (.1) | 1.70 | 552.50 |
| 01/10/2024 | RTL | Receive and review multiple appellate filings | 0.20 | 65.00 |
| 01/11/2024 | RTL | Follow-up with N. Jacobsen re: SDM management (.6) | 0.60 | 195.00 |
| | RTL | Conference with ASG counsel re: institution of receivership, issues surrounding same | 0.50 | 162.50 |
| 01/12/2024 | RTL | Review and analysis of authorities re: Court's Orders regarding status of SDM-CT/SDM-OK (.5); Review of follow-up with Universitas counsel re: same (.1); Follow-up conference with J. Sandberg re: institution of receivership (.3); | 0.90 | 292.50 |
| 01/15/2024 | RTL | Additional follow-up with Universitas counsel re: Receivership status, | | |

Universitas Education, LLC  
Account No.     1707.00

Statement Date: 02/13/2024  
Statement No.     8577  
Page No.     2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | follow-up regarding ASG, J. Sandberg conferences | 0.20 | 65.00 |
| 01/16/2024 | RTL | Follow-up with J. Sandberg re: Receivership Order; Multiple correspondence with J. Sandberg re: scope of Receivership Order, further analysis of same | 0.50 | 162.50 |
| 01/17/2024 | RTL | Conference with M. McVay, ASG counsel re: receivership | 0.30 | 97.50 |
| 01/19/2024 | RTL | Follow-up with M. McVay, ASG counsel re: receivership (.3); Multiple follow-up with J. Manson, Universitas counsel re: same (.3) | 0.60 | 195.00 |
| | RTL | Review and analysis of correspondence from ASG counsel re: receivership, follow-up with Universitas counsel re: same | 0.20 | 65.00 |
| 01/22/2024 | RTL | Receive correspondence from J. Sandberg re: authority to represent SDM, analysis of same (.2); Follow-up strategy conference with Receiver's counsel re: ▮ (.2); Conference with J. Sandberg re: receivership authority, authority to represent SDM (.5) | 0.90 | 292.50 |
| | RTL | Review relevant pleadings, draft Motion to Clarify Authority, incorporate relevant authorities; File same | 3.60 | 1,170.00 |
| 01/23/2024 | RTL | Review Order re: Receiver's Motion to Clarify | 0.10 | 32.50 |
| 01/30/2024 | RTL | Review and analysis of Phoenix Charitable Trust's Opposition to Receiver's Motion to Clarify Authority (.4); Review and analysis of ASG's Response to Receiver's Motion to Clarify (.2); Review and analysis of Universitas's Response (.2); Follow-up conference with Universitas counsel re: same (.1) | 0.90 | 292.50 |
| | RTL | Conference with SDM manager re: status update (.2) | 0.20 | 65.00 |
| 01/31/2024 | RTL | Review and analysis of Avon Capital, LLC's objection to Receiver's Motion to Clarify Authority | 0.30 | 97.50 |
| | | For Current Services Rendered | 14.30 | 4,647.50 |

Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan T. Leonard | 14.30 | $325.00 | $4,647.50 |

Expenses

| | | | | |
|---|---|---|---|---|
| 01/31/2024 | Attorney Fees: H. Long ( see attached invoice) | | | 520.00 |
| | Total Expenses | | | 520.00 |
| | Total Current Work | | | 5,167.50 |

# LEONARD, LONG & CASSIL, PLLC

*6301 N. WESTERN AVE.*
*SUITE 250*
*OKLAHOMA CITY, OK 73118-2101*

(405) 702-9900

Ryan Leonard, Receiver
Receivership, CIV-14-FJ-05-HE

Statement Date: February 2, 2024
Statement No.   8561
Account No.    1711.00
Page: 1

RE: Universitas

*Payments received after 02/02/2024 are not included on this statement.*

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/2024 | HJL | Telephone conversation with client re: ▇▇▇ | 0.40 | 130.00 |
|  | HJL | Telephone call to Court's Deputy re: Oath of Receiver. | 0.20 | 65.00 |
| 01/09/2024 | HJL | Attention to procedure for removal of SDM Manager; brief review of SDM Operating Agreement. | 0.40 | 130.00 |
| 01/16/2024 | HJL | Conversation with client and attention to email correspondence with J. Sandberg. | 0.20 | 65.00 |
| 01/22/2024 | HJL | Telephone conversation with client re: ▇▇▇ | 0.20 | 65.00 |
|  | HJL | Review of Motion for Clarification. | 0.20 | 65.00 |
|  |  | For Current Services Rendered | 1.60 | 520.00 |

Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Heidi Long | 1.60 | $325.00 | $520.00 |

Total Current Work                                                           520.00