## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  14-FJ-0005-HE |
| | ) | |
| NOVA GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The motion for admission *pro hac vice* [Doc. #588] of Francis M. Schneider, Esq., to practice before the United States District Court for the Western District of Oklahoma is **GRANTED**, conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within **seven (7) days** from entry of this order. *See* LCvR83.4 and 83.2(g).

Information is available on the court's website at www.okwd.uscourts.gov.

**IT IS SO ORDERED**.

Dated this 15th day of February, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE