# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>　　　Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>　　　Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>　　　Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>　　　Respondent/Garnishee<br><br>and<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br>　　　Intervenor. | Case No. 14-FJ-5-HE |

## LIMITED ENTRY OF APPEARANCE
## FOR THE SOLE PURPOSE OF OPPOSING JURISDICTION

Pursuant to the Court's order dated February 15, 2024 ("Order"), Francis M. Schneider of the law firm Lewis Brisbois Bisgaard & Smith LLP enters his limited entry of appearance *pro hac vice* as counsel of record on behalf of Avon Capital, LLC, a Wyoming Limited Liability Company, for the sole purpose of opposing jurisdiction.

136426140.1

Consistent with the Court's Order, undersigned counsel certifies that he has been admitted to practice in this court *pro hac vice* and that he is registered with this Court's Electronic Case Filing System.

/s/ Francis Schneider
Francis M. Schneider, *pro hac vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: 316-609-7916
Facsimile: 316-462-5746

*Attorney for Avon Capital, LLC, a Wyoming limited liability company*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2024, I electronically filed the above Limited Entry of Appearance, using the CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to the counsel of record.

/s/ Francis M. Schneider
Francis M. Schneider