## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Dated this 7th day of March, 2024

Oklahoma City, Oklahoma

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO.  14-fj-0005-HE |
| | ) | |
| AVON CAPITAL, LLC, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER**:

Asset Servicing Group, LLC filed its notice of withdrawal of its emergency motion for order allowing interpleader of funds and establishing ownership and control of the SDM Portfolio [Doc. #605] on March 5, 2024.  Asset Servicing, Group, LLC's motion [Doc. #584] is **STRICKEN**.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.**

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**


By:      s/Lisa Minter
         Deputy Clerk