IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. 14-FJ-0005-HE |
| | ) | |
| AVON CAPITAL, LLC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the court is the Receiver's application for approval of payment for January 2024 costs and fees. Interested Party Phoenix Charitable Trust has filed an opposition to the request. Phoenix reasserts its previous arguments that distribution of SDM Holding funds is improper for various reasons and that the appointment of the receiver in this case was improper.

For substantially the same reasons as stated in the court's prior orders approving the distribution and payment of receiver's fees and costs [Doc. #367, *et al.*], the court concludes the reasserted objections do not justify denial of the present motion. The receiver's request appears otherwise reasonable and sufficiently supported.

The Receiver's Application for Order Approving Payment [Doc. #585] is **GRANTED**. Receiver's fees and costs in the amount of $5,167.50, as set forth in the motion, are approved and may be paid from the receivership estate.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE