IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | | Civil Action No.: 14-FJ-05-HE |
| § | | |
| AVON CAPITAL, LLC, § | | |
|     Respondent, § | | |
| § | | |
| ASSET SERVICING GROUP, LLC, § | | |
|     Respondent, § | | |
| § | | |
| SDM HOLDINGS, LLC, § | | |
|     Respondent, § | | |
| § | | |
| And § | | |
| § | | |
| AVON CAPITAL, LLC, a Wyoming § | | |
| limited liability company, § | | |
|     Intervenor. § | | |

## **INTERESTED PARTY'S CERTIFICATE – ORDER EMAILED BY COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Phoenix Charitable Trust ("Phoenix"), as an "Interested Party" regarding SDM Holdings, LLC, an Oklahoma limited liability company ("SDM-OK"), and through its counsel certifies that a copy of the Court's March 29, 2024 Order [Dkt. 618] was emailed to Daniel Carpenter and Jonathan Boothroyd by Jeff Sandberg.

**INTERESTED PARTY'S STATEMENT AND OPPOSITION TO**
**RECEIVER'S APPLICATION FOR ORDER APPROVING FEBRUARY FEES AND COSTS**
I:\14184\Oklahoma\Pleadings\Certification - Order Emailed by J Sandberg (Phoenix).240402..docx

Respectfully submitted,

s/ Jeffrey R. Sandberg
Jeffrey R. Sandberg, Texas Bar No. 00790051
Palmer Lehman Sandberg, PLLC
8350 North Central Expressway, Suite 1111
Dallas, TX 75206
Telephone: (214) 242-6444
Facsimile: (214) 265-1950
E-mail: jsandberg@pamlaw.com
(ADMITTED PRO HAC VICE)
Attorneys for Phoenix Charitable Trust

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Alan Rupe
Francis Schneider
Gerald Green
Melvin McVay
Clayton Ketter
Joshua Greenhaw
Timothy F. Campbell
Ryan Leonard
Heidi Long
Joseph Manson

/s/ Jeffrey R. Sandberg