IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    Petitioner/Judgment Creditor,<br><br>v.<br><br>AVON CAPITAL, LLC,<br>    Respondent/Judgment Debtor,<br><br>ASSET SERVICING GROUP, LLC<br>    Respondent/Garnishee,<br><br>SDM HOLDINGS, LLC<br>    Respondent/Garnishee<br><br>and<br><br>AVON CAPITAL, LLC, a Wyoming<br>Limited Liability Company,<br><br>    Intervenor. | Case No. 14-FJ-5-HE |

## **AMENDED NOTICE OF APPEAL**

Avon Capital, LLC, a Wyoming Limited Liability Company, ("Avon Capital-WY") hereby appeals to the United States Court of Appeals for the Tenth Circuit from the order entered by the District Court in this action on March 29, 2024 (Doc. 618),[1] which granted Universitas Education, LLC's Emergency Motion to Modify Injunction, and which modified orders previously entered by this Court enjoining Avon Capital-WY. (*See* Docs. 512 and 521).

---

[1] In this amended notice of appeal, Avon Capital-WY has corrected the date in which the District Court entered Doc. 618 to reflect March 29, 2024 instead of February 22, 2024. (*See* Doc. 618).

138834787.1

/s/ Francis M. Schneider
Alan L. Rupe, OBA No. 20440
Francis M. Schneider, *pro hac vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:   316-609-7900
Facsimile:    316-462-5746
alan.rupe@lewisbrisbois.com
francis.schneider@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2024, I electronically filed the above Amended Notice of Appeal using the Court's CM/ECF System. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

/s/ Francis M. Schneider
Francis M. Schneider

138834787.1

2