# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) <br> ) <br> Petitioner/Judgment Creditor, ) <br> ) <br> v. ) <br> ) <br> NOVA GROUP, INC., ) <br> ) <br> Respondent/Judgment Debtor, ) <br> ) <br> AVON CAPITAL, LLC, ) <br> ) <br> Respondent/Judgment Debtor, ) <br> ) <br> ASSET SERVICING GROUP, LLC, ) <br> ) <br> Respondent/Garnishee, ) <br> ) <br> SDM HOLDINGS, LLC, ) <br> ) <br> Respondent/Garnishee, ) <br> ) <br> and ) <br> ) <br> AVON CAPITAL, LLC, a Wyoming Limited ) <br> Liability Company, ) <br> ) <br> Intervenor. ) | Case No. 14-FJ-05-HE |

## NOTICE OF RECEIVER RYAN LEONARD'S INTENT TO SERVE SUBPOENA PURSUANT TO FED. R. CIV. P. 45

TO:    Metropolitan Life Insurance Company
           c/o Alison M. Howard
           Crowe & Dunlevy
           324 North Robinson Avenue
           Oklahoma City, Oklahoma 73102

1

**PLEASE TAKE NOTICE** that the undersigned gives notice of its intention to issue a subpoena to produce documents, information or objects pursuant to Fed. R. Civ. P. 45, true and correct copies of which are attached as Exhibit 1, that commands the production of documents described therein.  The subpoena will be served upon the following non-party on or after May 2, 2024:

> Metropolitan Life Insurance Company
> c/o Alison M. Howard
> Crowe & Dunlevy
> 324 North Robinson Avenue
> Oklahoma City, Oklahoma 73102

In accordance with the subpoena, the Receiver will command that Metropolitan Life Insurance Company produce records on May 16, 2024, at 10:00 a.m. at the offices of Leonard, Long & Cassil, PLLC, 6301 N. Western Avenue, Suite 250, Oklahoma City, OK 73118, or, in the alternative, to produce records electronically to the undersigned.

Dated: May 2, 2024

Respectfully,

s/ Ryan Leonard
Ryan Leonard, OBA #19155
Leonard, Long & Cassil, PLLC
6301 N. Western Ave., Suite 250
Oklahoma City, OK  73118
(405) 367-0555
Rleonard@llc-attorneys.com
RECEIVER

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Ryan Leonard
Ryan Leonard
