## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) | |
| ) | |
| Petitioner/Judgment Creditor ) | |
| ) | |
| vs. ) | |
| ) | |
| AVON CAPITAL, LLC, ) | |
| ) | |
| Respondent/Judgment Debtor, ) | |
| ) | |
| ASSET SERVICING GROUP, LLC, ) | |
| ) | |
| Respondent, Garnishee, ) | NO. 14-FJ-00005-HE |
| ) | |
| SDM HOLDINGS, LLC, ) | |
| ) | |
| Respondent/Garnishee, ) | |
| ) | |
| and ) | |
| ) | |
| AVON CAPITAL, LLC, a Wyoming Limited ) | |
| Liability Company, ) | |
| ) | |
| Intervenor. ) | |

### NON-CONTINUING GARNISHMENT SUMMONS

**THE STATE OF OKLAHOMA**, to said Garnishee:

**SDM HOLDINGS, LLC**
**AT ANY ADDRESS**

You are hereby summoned pursuant to the attached affidavit as garnishee for the Defendant, **AVON CAPITAL, LLC**, and required, within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to such judgment debtors, to file your answer with the Clerk of this Court, and, at the time that you file your answer, to deliver or mail a copy of your answer to the judgment creditor's attorney, or judgment creditor if not represented by an attorney, and to the judgment debtors. If you are not a financial institution, you are further ordered to withhold any such property or indebtedness belonging to such judgment debtors or owing on the date of service of this summons, and to pay the required amount and/or deliver the

property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer. If you are a financial institution, you may proceed in accordance with 31 CFR Part 212, or similar federal or state law, if applicable, and you are further ordered to withhold any unprotected property or indebtedness belonging to such judgment debtors or owing on the date of your review of the debtor's account, and to pay such unprotected amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

If the garnishee is indebted to or holds property or money belonging to the judgment debtors, the garnishee immediately shall mail by first-class mail a copy of the notice of garnishment and exemptions, and the application for hearing, to the judgment debtors at the last-known address of the judgment debtors shown on the records of the garnishee at the time the garnishment summons was served on the garnishee. If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records. In lieu of mailing, the garnishee may hand-deliver a copy of the Notice of Garnishment and Exemptions, and the Application for Hearing, to the judgment debtors.

You are hereby directed to pay or deliver to the attorney for judgment creditor, or judgment creditor is not represented by an attorney, with your answer the amount and/or property stated in the answer, and in case of your failure to do so, **you will be liable to further proceedings according to law, and judgment shall be rendered against you in the amount of $12,629,996.87 as of May 29, 2024, together with interest accruing thereafter, and costs in the principal action and costs of the garnishment proceeding.**

Issued this 30th day of May, 2024.

                    **JOAN KANE, Clerk of Court**
                    **United States District Court**
                    **Western District of Oklahoma**

                    By:    <u>s/Lisa Minter</u>
                             Deputy Clerk

Issued by the
United States District Court
for the Western District of Oklahoma



for the Honorable Judge Joe Heaton
By: _____
Courtroom Deputy

**2:39 pm, May 30, 2024**

Judgment Creditor:

UNIVERSITAS EDUCATION, LLC
C/O Joshua C. Greenhaw
MEE HAWKINS GREENHAW
& COTNER, PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, Oklahoma 73118
Telephone:   (405) 848-9100
Facsimile:    (405) 848-9101

## Officer's Return

Received this writ on the _____ day of _____, 20_____, at _____ o'clock ___.m. and executed the same in _____ County on the _____ day of _____, 20_____, at _____ o'clock ___.m. by _____.

Dated this _____ day of _____, 20_____.

US Marshall

_____
Signature