## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Petitioner/Judgment Creditor | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AVON CAPITAL, LLC, | ) | |
| | ) | |
| Respondent/Judgment Debtor, | ) | |
| | ) | |
| ASSET SERVICING GROUP, LLC, | ) | |
| | ) | |
| Respondent, Garnishee, | ) | NO.  14-FJ-00005-HE |
| | ) | |
| SDM HOLDINGS, LLC, | ) | |
| | ) | |
| Respondent/Garnishee, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AVON CAPITAL, LLC, a Wyoming Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Intervenor. | ) | |

## ORDER TO APPEAR AND SHOW CAUSE

Petitioner/Judgment Creditor Universitas Education, LLC ("Universitas") has filed an Emergency Motion for Order to Show Cause [Doc. #655].  Upon review of Universitas' emergency motion, the court concludes movant has made a sufficient prima facie showing that SDM Holdings, LLC (a Connecticut limited liability company), Daniel Carpenter, and Jonathan Boothroyd have engaged and are likely to engage in the future in acts that violate the court's March 29, 2024 injunction [Doc. # 618].  Accordingly, the Emergency Motion for Order to Show Cause [Doc. #655] is **GRANTED**.

**IT IS THEREFORE ORDERED** that SDM Holdings, LLC (a Connecticut limited liability company), Daniel Carpenter, and Johathan Boothroyd shall appear in Courtroom No. 501 of the United States Courthouse, 200 NW Fourth Street, Oklahoma City, Oklahoma, 73102, on **June 26, 2024, at 10:00 a.m**. and show cause why they should not be found in contempt for violating the court's March 29, 2024 injunction.

The United States Marshal is **DIRECTED** to effect personal service of this order on SDM Holdings, LLC (a Connecticut limited liability company), Daniel E. Carpenter, and Jonathan Boothroyd and to file proof of service promptly after making same, but in no event later than **June 20, 2024**.   The service address for the referenced persons is believed to include 10 Tower Lane, Avon, CT, 06001.   Universitas is directed to immediately provide to the U.S. Marshal such additional location/address information as it may have for the referenced entity and individuals.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2024.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE