# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | |
|---|---|
| UNIVERSITAS EDUCATION LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. 14-fj-00005-HE |
| ) | |
| AVON CAPITOL, ) | |
| ) | |
| Defendant. ) | |

## CIVIL SHOW CAUSE HEARING

| **Judge Joe Heaton, Presiding** | Date and Time: **06/26/2024 @ 10:00 a.m. to 10:45 a.m.**<br>Total Time: **45 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | Cassy Kerr, Court Reporter |

| **Appearances of Counsel for plaintiff:** | **Appearances of Counsel for defendants:** |
|---|---|
| Josheph Manson, Esq.<br>Joshua Greenhaw, Esq.<br><br>Heidi Long, Esq., for Receiver<br>Ryan Leonard, Esq. as Receiver | Alan Rupe, Esq.<br>Francis Schneider, Esq.<br>Jeffrey Sandberg, Esq. |

**PROCEEDINGS**: Show Cause hearing held on Universitas Education LLC's Emergency Motion for Order to Show Cause [Doc. #655] filed 06/03/2024 and the court's Order [Doc. #656] filed 06/05/2024.

**Hearing Type**:  ☐Oral Arguments; ☒ **Non-Evidentiary**; ☐ Evidentiary; ☐ Witness testimony heard;  ☐ Exhibits referenced; ☐ Other: _____.

**Proceedings**: Counsel for the parties present.  U.S. Marshal Johnny Kuhlman addresses the court as to the U.S. Marshal's Office in the district of Connecticut failed to timely effect service of the court's show cause order on the designated parties listed in the show cause order.  The court then hears arguments from counsel.  The court **continues this hearing to 07/18/2024 at 10:00 a.m**., in Courtroom No. 501 and directs the U.S. Marshal to effect service on the designated parties.  Written order to follow.  Court Adjourned.